B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Whitton Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attachment** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**88-0351140** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1999 Whitney Mesa, Suite 120**<br>**Henderson, NV**<br>ZIP Code **89014** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>☐ Chapter 7       ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9           of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13           of a Foreign Nonmain Proceeding<br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)   Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Whitton Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **Whitton Corporation** |
|---|---|

*(This page must be completed and filed in every case)*

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X  /s/ Brett A. Axelrod**
Signature of Attorney for Debtor(s)

**Brett A. Axelrod 5859**
Printed Name of Attorney for Debtor(s)

**Fox Rothschild LLP**
Firm Name

**3800 Howard Hughes Parkway, Suite 500**
**Las Vegas, NV 89169**
_____
Address

**(702) 262-6899  Fax: (702) 597-5503**
Telephone Number

**December  5, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Tom E. Hallett**
Signature of Authorized Individual

**Tom E. Hallett**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December  5, 2010**
Date

In re     **Whitton Corporation**                          ,     Case No. _____
                                             Debtor

# FORM 1. VOLUNTARY PETITION
## **Other Names Attachment**

All Other Names used by Debtor in the last 8 years:
1.     **FDBA**     **South Tech-Polaris, LLC**
2.     **FDBA**     **South Tech Annie Oakley, LLC**
3.     **FDBA**     **South Tech Seven Hills, LLC**
4.     **FDBA**     **South Tech - Diablo, LLC**
5.     **FDBA**     **TEH Investments, LLC**
6.     **FDBA**     **South Tech - Rio, LLC**
7.     **FDBA**     **South Tech Dean Martin 7625, LLC**
8.     **FDBA**     **South Tech Stephanie 1000, LLC**
9.     **FDBA**     **South Tech Partners, LLC**
10.     **FDBA**     **South Tech Cheyenne 2475, LLC**
11.     **FDBA**     **South Tech Brooks 2750, LLC**
12.     **FDBA**     **South Tech Kleppe, LLC**
13.     **FDBA**     **South Tech Cheyenne West 2455A LLC**
14.     **FDBA**     **South Tech Greg, LLC**
15.     **FDBA**     **South Tech Glendale 155, LLC**
16.     **FDBA**     **South Tech Real Estate Services, LLC**
17.     **FDBA**     **South Tech Development, LLC**
18.     **FDBA**     **Desert Pacific Properties, L.L.C.**
19.     **FDBA**     **South Tech-Russell, LLC**
20.     **FDBA**     **South Tech Construction Corp.**

**UNANIMOUS WRITTEN CONSENT
OF THE
BOARD OF DIRECTORS
OF
WHITTON CORPORATION
IN LIEU OF A SPECIAL MEETING**

The undersigned, constituting all of the members of the Board of Directors of Whitton Corporation, a Nevada corporation (the "Company"), does hereby confirm that the Director(s) have signed this consent and the resolutions set forth below shall be deemed to have been adopted to the same extent and to have the same force and effect as though adopted at a special meeting of the Board of Directors duly called and held for the purpose of acting upon proposals to adopt such resolutions in accordance with the laws of the State of Nevada:

RESOLVED, that in the reasonable business judgment of the Director(s) and the Company, a petition be filed by the Company seeking relief under the provisions of chapter 11 of Title 11 of the United States Code (the "Code") before the United States Bankruptcy Court, District of Nevada (the "Court").

IT IS FURTHER RESOLVED that the Company is directed to cause a petition seeking relief under the provisions of chapter 11 of Title 11 of the Code to be filed.

IT IS FURTHER RESOLVED, that Tom E. Hallett, President is hereby authorized, empowered and directed, on behalf of and in the name of the Company, to execute and verify or certify a petition under chapter 11 of the Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada, the location of the Company's principal assets.

IT IS FURTHER RESOLVED that the law firm of Fox Rothschild, LLP, 3800 Howard Hughes Parkway, Suite 500, Las Vegas, Nevada 89169, be and hereby is, employed as attorneys for the Company in connection with the Company's bankruptcy case under chapter 11.

IT IS FURTHER RESOLVED that Province Real Estate Advisors, 5915 Edmond St., Suite 102, Las Vegas, Nevada 89118, be and hereby is, employed as financial advisors for the Company in connection with the Company's bankruptcy case under chapter 11.

Dated: December 3, 2010.

_____
Tom Hallett, Director

VG1 60079v1 12/03/10

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Whitton Corporation**      Case No.       
                 Debtor(s)    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Bank of America**<br>**Attn: Todd Baldi, Vice President**<br>**222 North LaSalle St., 17th Fl.**<br>**Chicago, IL 60601** | **Todd Baldi, Vice President**<br>**Bank of America**<br>**todd.baldi@baml.com**<br>**222 North LaSalle St., 17th Fl.**<br>**Chicago, IL 60601**<br>**312-499-3807** | **3950 E. Sunset**<br>**Las Vegas, NV** |  | **3,596,743.00 (Unknown secured) (3,596,743.00 senior lien)** |
| **Bank of Las Vegas**<br>**Attn: Pete Atkinson**<br>**1700 W. Horizon Ridge Pkwy. Ste 101**<br>**Henderson, NV 89012** | **Pete Atkinson**<br>**Bank of Las Vegas**<br>**Attn: Pete Atkinson**<br>**1700 W. Horizon Ridge Pkwy. Ste 101**<br>**Henderson, NV 89012**<br>**702-990-5900** | **2475 Cheyenne**<br>**North Las Vegas, NV** |  | **2,714,213.00 (Unknown secured) (2,714,213.00 senior lien)** |
| **German American Capital Corporation**<br>**c/o Kearny Capital Partners, Receiver**<br>**Attn: Terrence S. Daly**<br>**222 Kearny Street, Suite 600**<br>**San Francisco, CA 94108** | **Terrence S. Daly**<br>**German American Capital Corporation**<br>**c/o Kearny Capital Partners, Receiver**<br>**222 Kearny Street, Suite 600**<br>**San Francisco, CA 94108**<br>**415-248-1163** | **1220 and 1250 Glendale**<br>**Sparks, NV** |  | **3,314,710.00 (Unknown secured) (3,314,710.00 senior lien)** |
| **German American Capital Corporation**<br>**c/o Kearny Capital Partners, Receiver**<br>**Attn: Terrence S. Daly**<br>**222 Kearny Street, Suite 600**<br>**San Francisco, CA 94108** | **Terrence S. Daly**<br>**German American Capital Corporation**<br>**c/o Kearny Capital Partners, Receiver**<br>**222 Kearny Street, Suite 600**<br>**San Francisco, CA 94108**<br>**415-248-1163** | **155 Glendale Ave.**<br>**Sparks, NV** |  | **2,479,004.00 (Unknown secured) (2,479,004.00 senior lien)** |
| **German American Capital Corporation**<br>**c/o Robert McNamara, Receiver**<br>**Attn: Benjamin Campbell, VOIT R.E.**<br>**10100 W. Charleston Blvd., Suite 200**<br>**Las Vegas, NV 89135** | **Robert McNamara, Receiver**<br>**German American Capital Corporation**<br>**c/o Benjamin Campbell, VOIT R.E.**<br>**10100 W. Charleston Blvd., Suite 200**<br>**Las Vegas, NV 89135**<br>**702-734-4500** | **2750 W. Brooks Ave.**<br>**North Las Vegas, NV** |  | **2,017,153.00 (Unknown secured) (2,017,153.00 senior lien)** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Whitton Corporation**                                                Case No.  _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **LSREF2 Nova Investments, LLC**<br>**Cushman Wakefield, Receiver**<br>**Attn: J. Eric Johnson**<br>**4435 Eastgate Mall, Suite 200**<br>**San Diego, CA 92121** | **J. Eric Johnson**<br>**LSREF2 Nova Investments, LLC**<br>**Cushman Wakefield, Receiver**<br>**4435 Eastgate Mall, Suire 200**<br>**San Diego, CA 92121**<br>**858-558-5665** | **2455 W. Cheyenne**<br>**Las Vegas, NV** | | **2,799,293.00 (Unknown secured) (2,799,293.00 senior lien)** |
| **LSREF2 Nova Investments, LLC**<br>**Cushman Wakefield, Receiver**<br>**Attn: J. Eric Johnson**<br>**4435 Eastgate Mall, Suite 200**<br>**San Diego, CA 92121** | **J. Eric Johnson**<br>**LSREF2 Nova Investments, LLC**<br>**Cushman Wakefield, Receiver**<br>**4435 Eastgate Mall, Suite 200**<br>**San Diego, CA 92121**<br>**858-558-5665** | **5480 S. Valley View Blvd.**<br>**Las Vegas, NV** | | **2,178,621.00 (Unknown secured) (2,178,621.00 senior lien)** |
| **LSREF2 Nova Investments, LLC**<br>**Cushman Wakefield, Receiver**<br>**Attn: J. Eric Johnson**<br>**4435 Eastgate Mall, Suite 200**<br>**San Diego, CA 92121** | **J. Eric Johnson**<br>**LSREF2 Nova Investments, LLC**<br>**Cushman Wakefield, Receiver**<br>**4435 Eastgate Mall, Suite 200**<br>**San Diego, CA 92121**<br>**858-558-5665** | **1000 Stephanie St.**<br>**Henderson, NV** | | **3,672,574.00 (Unknown secured) (3,672,574.00 senior lien)** |
| **LSREF2 Nova Investments, LLC**<br>**Cushman Wakefield, Receiver**<br>**Attn: J. Eric Johnson**<br>**4435 Eastgate Mall, Suite 200**<br>**San Diego, CA 92121** | **J. Eric Johnson**<br>**LSREF2 Nova Investments, LLC**<br>**Cushman Wakefield, Receiver**<br>**4435 Eastgate Mall, Suite 200**<br>**San Diego, CA 92121**<br>**858-558-5665** | **7625 Dean Martin**<br>**Las Vegas, NV** | | **1,977,539.00 (Unknown secured) (1,977,539.00 senior lien)** |
| **LSREF2 Nova Investments, LLC**<br>**Cushman Wakefield, Receiver**<br>**Attn: J. Eric Johnson**<br>**4435 Eastgate Mall, Suite 200**<br>**San Diego, CA 92121** | **J. Eric Johnson**<br>**LSREF2 Nova Investments, LLC**<br>**Cushman Wakefield, Receiver**<br>**4435 Eastgate Mall, Suite 200**<br>**San Diego, CA 92121**<br>**858-558-5665** | **835 and 855 Seven Hills Dr.**<br>**Henderson, NV** | | **8,000,000.00 (Unknown secured) (8,000,000.00 senior lien)** |
| **LSREF2 Nova Investments, LLC**<br>**Cushman Wakefield, Receiver**<br>**Attn: J. Eric Johnson**<br>**4435 Eastgate Mall, Suite 200**<br>**San Diego, CA 92121** | **J. Eric Johnson**<br>**LSREF2 Nova Investments, LLC**<br>**Cushman Wakefield, Receiver**<br>**4435 Eastgate Mall, Suite 200**<br>**San Diego, CA 92121**<br>**858-558-5665** | **5720 and 5770 Russell Rd.**<br>**Las Vegas, NV** | | **1,815,520.00 (Unknown secured) (1,815,520.00 senior lien)** |
| **U.S. Bank National Association**<br>**c/o LNR Partners**<br>**Attn: Nicola Hudson, VP**<br>**1601 Washington Ave., Ste. 700**<br>**Miami Beach, FL 33139** | **Nicola Hudson**<br>**U.S. Bank National Association**<br>**c/o LNR Partners, Inc.**<br>**1601 Washington Ave., Ste. 700**<br>**Miami Beach, FL 33139**<br>**305-695-5600** | **1215 and 1275 Kleppe Land and 1455 Deming Way, Sparks, NV** | | **2,667,011.00 (Unknown secured) (2,667,011.00 senior lien)** |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re  **Whitton Corporation**                                    Case No.  _____

                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 5, 2010**            Signature  **/s/ Tom E. Hallett**
                                                **Tom E. Hallett**
                                                **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

.

Whitton Corporation
1999 Whitney Mesa, Suite 120
Henderson, NV 89014

Brett A. Axelrod
Fox Rothschild LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169

Bank of America
Attn: Todd Baldi, Vice President
222 North LaSalle St., 17th Fl.
Chicago, IL 60601

Bank of Las Vegas
Attn: Pete Atkinson
1700 W. Horizon Ridge Pkwy. Ste 101
Henderson, NV 89012

Capitol Bancorp Limited
Acct No 332410
Attn: John T. Haarala, Corporate Counsel
Capitol Bancorp Center
200 Washington Square North
Lansing, MI 48933

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
Box 551220
Las Vegas, NV 89155-1220

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Duane Morris LLP
Attn: Meagen E. Leary/Lucas Gjovig
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127

Duane Morris LLP
Attn: Lucas Gjovig
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127

```
Duane Morris LLP
Attn: Philip Wang
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127

German American Capital Corporation
c/o Kearny Capital Partners, Receiver
Attn: Terrence S. Daly
222 Kearny Street, Suite 600
San Francisco, CA 94108

German American Capital Corporation
c/o Robert McNamara, Receiver
Attn: Benjamin Campbell, VOIT R.E.
10100 W. Charleston Blvd., Suite 200
Las Vegas, NV 89135

Helios AMC, LLC
Acct No 100000421, 100000417, 10000409
Attn: Ravi Alimchandani
2 Embareadero Center, Suite 1360
San Francisco, CA 94111

Internal Revenue Service
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Jason R. Maier, Esq.
Greenberg Traurig, LLP
3773 Howard Hughes Pkwy., Suite 400
Las Vegas, NV 89169

Kolesar & Leatham, Chtd.
Attn:  Joseph G. Went, Esq.
3320 W. Sahara Ave., Suite 320
Las Vegas, NV 89102

Lionel Sawyer & Collins
Attn: Cam Ferenbach, Esq.
300 So. Fourth St., Suite 1700
Las Vegas, NV 89101

LNR Partners, Inc.
Attn: Nicola Hudson
1601 Washington Ave., SUite 700
Miami Beach, FL 33139

LSREF2 Nova Investments, LLC
Cushman Wakefield, Receiver
Attn: J. Eric Johnson
4435 Eastgate Mall, Suite 200
San Diego, CA 92121
```

Michael Stein, Esq.
Snell & Wilmer, L.L.P.
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

South Tech Partners
5770 S. Valley View Blvd.
Las Vegas, NV 89108

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

TEH Investments
5770 S. Valley View Blvd.
Las Vegas, NV 89108

Tom E. Hallett
5770 S. Valley View Blvd.
Las Vegas, NV 89108

Tom E. Hallett Sep. Property Trust
5770 S. Valley View Blvd.
Las Vegas, NV 89108

Tonya Hallett
5770 S. Valley View Blvd.
Las Vegas, NV 89108

U.S. Bank National Association
c/o LNR Partners
Attn: Nicola Hudson, VP
1601 Washington Ave., Ste. 700
Miami Beach, FL 33139

U.S. Bank National Association
800 Nicollet Mall, Ste. 200
Minneapolis, MN 55402

UMBRA Partners, LLC
3455 Cliff Shadows Parkway
Suite 220
Las Vegas, NV 89129

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101