B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re **Whitton Corporation**

Debtor(s)

Case No. __2:10-bk-32680__

Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Bank of America<br>c/o Rodney M. Jean, Esq.<br>Lionel Sawyer & Collins<br>300 South Fourth Street, #1700<br>Las Vegas, NV 89101 | Bank of America<br>c/o Rodney M. Jean, Esq.<br>Lionel Sawyer & Collins<br>300 South Fourth Street, #1700<br>Las Vegas, NV 89101<br>(702) 383-8888 | 26,941 sq. ft. industrial on 2.52 acres<br>3950 E. Sunset<br>Las Vegas, NV | Disputed | 3,596,743.00<br><br>(1,777,347.00 secured) |
| Bank of Las Vegas<br>c/o Nile Leatham, Esq.<br>Kolesar & Leatham, Chtd.<br>3320 W. Sahara Ave., Suite 380<br>Las Vegas, NV 89102 | Pete Atkinson<br>Bank of Las Vegas<br>Attn: Pete Atkinson<br>1700 W. Horizon Ridge Pkwy. Ste 101<br>Henderson, NV 89012<br>702-990-5900 | 2475 Cheyenne<br>North Las Vegas, NV | | 2,714,213.00<br><br>(2,200,000.00 secured) |
| Chase Card Services<br>P.O. Box 94014<br>Palatine, IL 60094 | Chase Card Services<br>P.O. Box 94014<br>Palatine, IL 60094 | Credit card | | 6,747.50 |
| Clark County Treasurer<br>c/o Bankruptcy Clerk<br>500 S. Grand Central Pkwy.<br>Box 551220<br>Las Vegas, NV 89155-1220 | Clark County Treasurer<br>c/o Bankruptcy Clerk<br>500 S. Grand Central Pkwy.<br>Las Vegas, NV 89155-1220<br>(702) 455-4323 | Real Property Taxes | Disputed | 52,217.08 |
| German American Capital Corporation<br>c/o Aron M. Oliner<br>Duane Morris LLP<br>One Market Plaza Spear St. Tower #2200<br>San Francisco, CA 94105 | Terrence S. Daly<br>German American Capital Corporation<br>c/o Kearny Capital Partners, Receiver<br>222 Kearny Street, Suite 600<br>San Francisco, CA 94108<br>415-248-1163 | 1220 and 1250 Glendale<br>Sparks, NV | | 3,314,710.00<br><br>(1,732,014.00 secured) |
| German American Capital Corporation<br>c/o Aron M. Oliner<br>Duane Morris LLP<br>One Market Plaza St. Spear Tower #2200<br>San Francisco, CA 94105 | Robert McNamara, Receiver<br>German American Capital Corporation<br>c/o Benjamin Campbell, VOIT R.E.<br>10100 W. Charleston Blvd., Suite 200<br>Las Vegas, NV 89135<br>702-734-4500 | 2750 W. Brooks Ave.<br>North Las Vegas, NV | | 2,017,153.00<br><br>(862,820.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re    **Whitton Corporation**                      Case No.     **2:10-bk-32680**

                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **German American Capital Corporation c/o Aron M. Oliner Duane Morris LLP One Market Plaza Spear St. Tower #2200 San Francisco, CA 94105** | **Terrence S. Daly German American Capital Corporation c/o Kearny Capital Partners, Receiver 222 Kearny Street, Suite 600 San Francisco, CA 94108 415-248-1163** | **155 Glendale Ave. Sparks, NV** | | **2,479,004.00**<br><br>**(1,417,413.00 secured)** |
| **GSMS 2004-GG2 Sparks Industrial, LLC c/o Philip Wang Duane Morris LLP One Market Plaza, Spear Tower, #2200 San Francisco, CA 94105-1127** | **Philip Wang Duane Morris LLP One Market Plaza, Spear Tower, #2200 San Francisco, CA 94105-1127 (415) 957-3185** | **1215 and 1275 Kleppe Land and 1455 Deming Way, Sparks, NV** | | **2,667,011.00**<br><br>**(1,800,000.00 secured)** |
| **Hudson Americas, LLC, as servicer for Wells Fargo Bank, N.A. c/o Robert Kinas, Esq., Snell & Wilmer 3800 Howard Hughes Pkwy., Suite 1000 Las Vegas, NV 89169** | **Robert Kinas, Esq. Snell & Wilmer 3800 Howard Hughes Parkway Suite 1000 Las Vegas, NV 89169 (702) 784-5200** | **5480 S. Valley View Blvd. Las Vegas, NV** | | **2,178,621.00**<br><br>**(1,100,000.00 secured)** |
| **Hudson Americas, LLC, as servicer for Wells Fargo Bank, N.A. c/o Robert Kinas, Esq., Snell & Wilmer 3800 Howard Hughes Pkwy., Suite 1000 Las Vegas, NV 89169** | **Robert Kinas, Esq. Snell & Wilmer 3800 Howard Hughes Parkway Suite 1000 Las Vegas, NV 89169 (702) 784-5200** | **2455 W. Cheyenne Las Vegas, NV** | | **2,799,294.00**<br><br>**(1,930,930.00 secured)** |
| **Hudson Americas, LLC, as servicer for Wells Fargo Bank, N.A. c/o Robert Kinas, Esq., Snell & Wilmer 3800 Howard Hughes Pkwy., Suite 1000 Las Vegas, NV 89169** | **Robert Kinas, Esq. Snell & Wilmer 3800 Howard Hughes Parkway Suite 1000 Las Vegas, NV 89169 (702) 784-5200** | **835 and 855 Seven Hills Dr. Henderson, NV** | | **8,000,000.00**<br><br>**(2,583,322.00 secured)** |
| **Hudson Americas, LLC, as servicer for Wells Fargo Bank, N.A. c/o Robert Kinas, Esq., Snell & Wilmer 3800 Howard Hughes Pkwy., Suite 1000 Las Vegas, NV 89169** | **Robert Kinas, Esq. Snell & Wilmer 3800 Howard Hughes Parkway Suite 1000 Las Vegas, NV 89169 (702) 784-5200** | **1000 Stephanie St. Henderson, NV** | | **3,672,574.00**<br><br>**(2,064,592.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re __Whitton Corporation__                                    Case No.    __2:10-bk-32680__
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Hudson Americas, LLC, as servicer for Wells Fargo Bank, N.A. c/o Robert Kinas, Esq., Snell & Wilmer 3800 Howard Hughes Pkwy., Suite 1000 Las Vegas, NV 89169 | Robert Kinas, Esq. Snell & Wilmer 3800 Howard Hughes Parkway Suite 1000 Las Vegas, NV 89169 (702) 784-5200 | 7625 Dean Martin Las Vegas, NV | | 1,977,540.00  (750,000.00 secured) |
| Hudson Americas, LLC, as servicer for Wells Fargo Bank, N.A. c/o Robert Kinas, Esq., Snell & Wilmer 3800 Howard Hughes Pkwy., Suite 1000 Las Vegas, NV 89169 | Robert Kinas, Esq. Snell & Wilmer 3800 Howard Hughes Parkway Suite 1000 Las Vegas, NV 89169 (702) 784-5200 | 5720 and 5770 Russell Rd. Las Vegas, NV | | 1,815,520.00  (1,214,931.00 secured) |
| Jenkins & Carter 501 Hammill Lane Reno, NV 89511 | Jenkins & Carter 501 Hammill Lane Reno, NV 89511 (775) 829-7800 | Legal services | | 11,826.88 |
| Riparian Mgmt. Solutions, LLC 2400 Financial Plaza Providence, RI 02903 | Riparian Mgmt. Solutions, LLC 2400 Financial Plaza Providence, RI 02903 (410) 270-3099 | Financial consulting service | | 9,579.75 |
| Secretary of State 202 North Carson Street Suite 3 Carson City, NV 89701-4201 | Secretary of State 202 North Carson Street Suite 3 Carson City, NV 89701-4201 (775) 684-5708 | Annual Filing Fees | | 4,097.02 |
| ST Mountain Vista 1999 Whitney Mesa Suite 120 Henderson, NV 89014 | ST Mountain Vista 1999 Whitney Mesa Suite 120 Henderson, NV 89014 | Rent | | 268,354.25 |
| State of California 1500 11th Street Sacramento, CA 95814 | State of California 1500 11th Street Sacramento, CA 95814 (916) 653-6814 | Sales Tax for Purchase of Airplane | Unliquidated Disputed | 22,962.97 |
| Susan Frankewich, Esq. 3210 W. Charleston Blvd., #4 Las Vegas, NV 89102 | Susan Frankewich, Esq. 3210 W. Charleston Blvd., #4 Las Vegas, NV 89102 (702) 822-2088 | Legal Fees | | 21,780.87 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Whitton Corporation**                                    Case No.    **2:10-bk-32680**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **January 20, 2011**                    Signature    **/s/ Tom E. Hallett**

**Tom E. Hallett**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

| | | | |
|---|---|---|---|
| In re | **Whitton Corporation** | Case No. | **2:10-bk-32680** |
| | Debtor | Chapter | **11** |

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 19,733,369.00 | | |
| B - Personal Property | Yes | 11 | 234,298.86 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 37,532,383.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 75,280.05 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 341,762.85 | |
| G - Executory Contracts and Unexpired Leases | Yes | 16 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 44 | | | |
| Total Assets | | | 19,967,667.86 | | |
| Total Liabilities | | | | 37,949,425.90 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Nevada

In re    **Whitton Corporation**                                                    Case No.    **2:10-bk-32680**
                                                            ,
                                                    Debtor

                                                            Chapter                    **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Whitton Corporation**                                                              ,    Case No.    **2:10-bk-32680**
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 27,196 sq. ft. industrial on 5.43 acres<br>2455 W. Cheyenne<br>Las Vegas, Nevada | 100% ownership | - | 1,930,930.00 | 2,799,294.00 |
| 26,426 sq. ft. retail<br>835 and 855 Seven Hills Drive<br>Henderson, NV | 100% ownership | - | 2,583,322.00 | 8,000,000.00 |
| 14,524 sq. ft. industrial<br>7625 Dean Martin<br>Las Vegas, NV | 100% ownership | - | 750,000.00 | 1,977,540.00 |
| 60,360 sq. ft. industrial on 3.47 acres<br>1000 Stephanie St.<br>Henderson, NV | 100% ownership | - | 2,064,592.00 | 3,672,574.00 |
| 33,724 sq. ft. industrial<br>5720 and 5770 Russell Rd.<br>Las Vegas, NV | 100% ownership | - | 1,214,931.00 | 1,815,520.00 |
| 57,679 sq. ft. industrial on 3.35 acres<br>155 Glendale Ave.<br>Sparks, NV | 100% ownership | - | 1,417,413.00 | 2,479,004.00 |
| 69,236 sq. ft. industrial<br>1220 and 1250 Glendale<br>Sparks, NV | 100% ownership | - | 1,732,014.00 | 3,314,710.00 |
| 28,710 sq. ft. industrial<br>2750 W. Brooks Ave.<br>North Las Vegas, NV | 100% ownership | - | 862,820.00 | 2,017,153.00 |
| 26,941 sq. ft. industrial on 2.52 acres<br>3950 E. Sunset<br>Las Vegas, NV | 100% ownership | - | 1,777,347.00 | 3,596,743.00 |

Sub-Total >    **14,333,369.00**    (Total of this page)

__1__    continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re __Whitton Corporation_____,          Case No. __2:10-bk-32680_____
                                    Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **80,515 sq. ft. industrial**<br>**1215 and 1275 Kleppe Lane**<br>**1455 Deming Way**<br>**Sparks, NV** | **100% ownership** | **-** | **1,800,000.00** | **2,667,011.00** |
| **27,363 sq. ft. industrial**<br>**2475 Cheyenne**<br>**North Las Vegas, NV** | **100% ownership** | **-** | **2,200,000.00** | **2,714,213.00** |
| **Clark Country, NV**<br>**Assessor Parcel Numbers 139-17-510-032,**<br>**139-17-510-042, and 139-17-510-043** | **100% ownership** | **-** | **300,000.00** | **300,000.00** |
| **33,724 sq. ft. industrial on 2.25 acres**<br>**5480 S. Valley View Blvd.** | **100% ownership** | **-** | **1,100,000.00** | **2,178,621.00** |

Sub-Total >          **5,400,000.00**          (Total of this page)

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

Total >          **19,733,369.00**

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Whitton Corporation**                                                          ,    Case No.    **2:10-bk-32680**
                                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of Las Vegas Business Checking Account No. 303004583** | - | **Unknown** |
| | | **Bank of Las Vegas Busines Checking Account  No. XXXXXXXXX0726** | - | **12,319.22** |
| | | **Bank of Las Vegas Business Checking Account No. XXXXXXXXXX7881** | - | **7.03** |
| | | **Bank of Las Vegas Business Checking Account No. XXXXXXXXXX7797** | - | **0.07** |
| | | **Bank of Las Vegas Business Checkling Account No. XXXXXXXXXX9410** | - | **15,786.82** |
| | | **Bank of Las Vegas Business Check Account No. XXXXXXXXXX0535** | - | **15,841.77** |
| | | **Bank of Las Vegas Business Checking Account No. XXXXXXXXXX8013** | - | **80.31** |
| | | **Bank of Las Vegas Business Checking Account No. XXXXXXXXXX4745** | - | **1.65** |
| | | **Bank of Las Vegas Business Checking Account No. XXXXXXXXXX4570** | - | **5,772.48** |
| | | **Bank of Las Vegas Business Checking Account No. XXXXXXXXXX4473** | - | **0.01** |
| | | **Bank of Las Vegas Business Checking Account No. XXXXXXXXXX7852** | - | **13,741.29** |
| | | **Bank of Las Vegas Business Checking Account No. XXXXXXXXXX4509** | - | **178.38** |
| | | **Bank of Las Vegas Business Checking Account No. XXXXXXXXXX4716** | - | **8,790.89** |

Sub-Total >    **72,519.92**
(Total of this page)

__4__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Whitton Corporation**                                          ,    Case No.    **2:10-bk-32680**
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Bank of Las Vegas Business Checking Account No. XXXXXXXXXX4486 | - | 0.66 |
| | | Bank of Las Vegas Business Checking Account No. XXXXXXXXXX0713 | - | 11.62 |
| | | Bank of Las Vegas Business Checking Account No. XXXXXXXXXX7690 | - | 0.44 |
| | | Bank of Las Vegas Business Checking Account No. XXXXXXXXXX4732 | - | 1.04 |
| | | Bank of Las Vegas Business Checking Account No. XXXXXXXXXX4703 | - | 0.48 |
| | | Bank of Las Vegas Business Checking Account No. 303007849 | - | 1,785.13 |
| | | Bank of Las Vegas Business Checking Account No. 303007687 | - | 3,069.43 |
| | | Bank of Las Vegas Business Checking Account XXXXXXXXXX4457 | - | 0.01 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Nevada Energy utilities deposit | - | 355.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Reference, Design and Marketing Books 1999 Whitney Mesa, Suite 120 Henderson, NV 89014 | - | 124.50 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Farmers Insurance Group of Companies 4680 Wilshire Blvd. Los Angeles, CA 90010 | - | Unknown |

Sub-Total >    5,348.31
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    __Whitton Corporation_____,    Case No. __2:10-bk-32680_____
                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Rent and other receivables as of 11/30/10  (see attached)** | - | 103,613.13 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    **103,613.13**
(Total of this page)

Sheet __2__ of __4__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Whitton Corporation**                                                                    ,    Case No.    **2:10-bk-32680**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Ford F250 Pick Up Truck ($16,000.00)** **1996 Ford F150 Pick Up Truck ($500.00)** **2008 Ford F150 Pick Up Truck ($9,000.00)** **2007 Ford F150 Pick Up Truck ($7,400.00)** **2005 Navigator ($13,000.00)** **Construction Trailer ($400.00)** **1999 Whitney Mesa, Suite 120** **Henderson, NV 89014** | - | 46,300.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **General office equipment and supplies** **(See attached)** **1999 Whitney Mesa, Suite 120** **Henderson, NV 89014** | - | 6,517.50 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >          **52,817.50**
(Total of this page)

Sheet   **3**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Whitton Corporation**                                          ,        Case No.   **2:10-bk-32680**
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 234,298.86 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

# SCHEDULE B
# ATTACHMENT QUESTION 16

**Whitton Corporation**
Schedule of Accounts Receivable
at November 30, 2010

| Name | Amount | Aging |
|---|---|---|
| Audio Express | $ 7,842.95 | |
| A1 Vacuum | $ 4,713.14 | 31-60+ |
| Bliss Salon | $ 2,518.10 | |
| ATAC Security | $ 1,564.86 | 30+ |
| Four Seasons Cleaners | $ 5,122.30 | |
| Checker Auto Parts #450 | $ 3,579.41 | 31-60+ |
| Vaan Investments | $ 230.38 | |
| Hollywood Video | $ 2,673.76 | 31-60+ |
| JD Foot Message, Inc. | $ 3,314.92 | 31-60+ |
| Hollywood Gems, LLC | $ 922.10 | |
| China Traderite | $ 1,509.78 | |
| Shadow Faith Ministries | $ 1,493.14 | |
| D&T Custom Audio Assessories | $ 8,832.16 | 91-120+ |
| Impression Ink | $ 5,421.42 | 61-90+ |
| L. Schweitzer Construction | $ 507.72 | |
| Riley Concrete, Inc. | $ 1,234.58 | 61-90+ |
| Charles Witherell | $ 138.92 | |
| Sierra Audio Visual, LLC | $ 968.06 | 61-90+ |
| Jim's Custom Painting | $ 2,287.55 | 61-90+ |
| Basket Case Organics | $ 1,328.08 | |
| Welders Helper | $ 959.83 | 61-90+ |
| Strictly Diversified, Inc. | $ 1,155.73 | 61-90+ |
| Whitlock Painting Co. | $ 342.25 | 61-90+ |
| Western Electric Group, LLC | $ 1,067.76 | |
| Clouded Leopard Furniture | $ 2,752.29 | 61-90+ |
| Livingston & McFarland | $ 139.85 | 31-90+ |
| Nevada Total Auto Care | $ 3,161.48 | |
| Jungle Room Studios | $ 669.87 | |
| NV Energy | $ 458.79 | |
| N20 N Sno | $ 4,430.59 | 31-60+ |
| Leonards Machine Shop, Inc. | $ 13,814.98 | 31-60+ |
| Joe's Auto Repair | $ 26.76 | 31-60+ |
| High Desert Pest Control | $ 159.22 | 31-60+ |
| Joseph Walsh | $ 1,035.74 | 31-60+ |
| Christ Bethlehem Church | $ 6,785.83 | 31-60+ |
| Sierra Nevada Cabinets | $ 1,045.44 | 31-60+ |
| Blaine Devere | $ 5,022.31 | 31-60+ |
| Sierra Construction | $ 1,068.07 | |
| Leybig's Wood Art & Design | $ 1,636.06 | |
| New Beginnings Christian Ctr. | $ 1,277.88 | 31-60+ |
| Safety on Site | $ 399.07 | 31-60+ |
| **TOTAL** | **$ 103,613.13** | |

# SCHEDULE B
# ATTACHMENT QUESTION 28

Office Equipment

| | QTY | $ | $ TTL |
|---|---|---|---|
| TOTAL | | | 4,270.00 |
| | | | |
| Computer | 22 | 75.00 | 1,650.00 |
| Monitor | 28 | 40.00 | 1,120.00 |
| Scanner | 6 | 100.00 | 600.00 |
| Printer | 6 | 50.00 | 300.00 |
| Furniture | | | 0.00 |
| Desk | 11 | 30.00 | 330.00 |
| Chairs | 27 | 10.00 | 270.00 |

Office Supplies

| | Size | QTY | | $ | $TTL |
|---|---|---|---|---|---|
| TOTAL | | | | | 140.00 |
| Cover Sheets | 8.5x11 | 1 | box | 10.00 | 10.00 |
| Paper | 8.5x14 | | Ream | 2.00 | 0.00 |
| Envelope | 11x17 | 1 | box | 15.00 | 15.00 |
| Paper | 8.5x11 | 1 | Ream | 2.00 | 2.00 |
| Envelopes | 4.5x9.5 | 4 | Box | 7.00 | 28.00 |
| Envelopes | 10x13 | 1 | Box | 12.00 | 12.00 |
| Greating Cards | | 4 | Box | 1.00 | 4.00 |
| Paper Copy | 8x11 | 2 | Box | 30.00 | 60.00 |
| Adding machine tape | | 8 | Rool | 0.25 | 2.00 |
| Pencils | | 2 | Box | 0.50 | 1.00 |
| Pens | | 10 | Box | 0.50 | 5.00 |
| Tape | | 2 | Box | 0.50 | 1.00 |

| Equipment List #07 | Size | Qty | Ujnit $ | TTL $ |
|---|---|---|---|---|
| | | | | 2,107.50 |
| Weed Eater | | | | |
| Hedge Terimmer | | | | |
| Air compresser | 10gL | | | |
| Air Filters | | 50 | 0.25 | 12.50 |
| AC Recovery Machine | | 1 | 50 | 50.00 |
| Laser Level | | 1 | 100 | 100.00 |
| Garden Tools | | 15 | 2 | 30.00 |
| Generator Set | 5kva | 1 | 75 | 75.00 |
| Air compresser | 2gal | 1 | 25 | 25.00 |
| Pressure Washer | | 2 | 15 | 30.00 |
| Heater Propane | | 1 | 30 | 30.00 |
| Table Saw | | 1 | 40 | 40.00 |
| Drill Press | 1/2hp | 1 | 40 | 40.00 |
| Bench Grinder | | 2 | 10 | 20.00 |
| Hand tools | | 10 | 5 | 50.00 |
| Wheel Barrols | | 6 | 5 | 30.00 |
| Key Cutter machine | | 1 | 30 | 30.00 |
| Chop Saw | | 1 | 40 | 40.00 |
| Saw Alls | | 3 | 25 | 75.00 |
| Job Box | | 2 | 50 | 100.00 |
| Heater Portable | | 12 | 10 | 120.00 |
| Texture | Bags | 40 | 1 | 40.00 |
| Step Ladders | | 12 | 20 | 240.00 |
| Operating Supplies | | 60 | 2 | 120.00 |
| Pallett Shelving | | 10 | 40 | 400.00 |
| Charis office | | 20 | 5 | 100.00 |
| Stove Electric | | 1 | 25 | 25.00 |
| Refigerators | Under Cc | 3 | 25 | 75.00 |
| Dishwasher | | 1 | 10 | 10.00 |
| Office Desk | | 4 | 10 | 40.00 |
| File Cabinets | small | 6 | 5 | 30.00 |
| Shop Vac | | 3 | 10 | 30.00 |
| Timber Strand | Used | 50 | 1 | 50.00 |
| Concrete Stakes | Used | 100 | 0.5 | 50.00 |

B6D (Official Form 6D) (12/07)

In re __Whitton Corporation__ _____,
Debtor

Case No. __2:10-bk-32680_____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 2/11/04 | | | | | |
| Bank of America c/o Rodney M. Jean, Esq. Lionel Sawyer & Collins 300 South Fourth Street, #1700 Las Vegas, NV 89101 | | - | | | Deed of Trust<br><br>26,941 sq. ft. industrial on 2.52 acres 3950 E. Sunset Las Vegas, NV | | | X | | |
| | | | | | Value $            1,777,347.00 | | | | 3,596,743.00 | 1,819,396.00 |
| Account No. | | | | | 10/24/08 | | | | | |
| Bank of Las Vegas c/o Nile Leatham, Esq. Kolesar & Leatham, Chtd. 3320 W. Sahara Ave., Suite 380 Las Vegas, NV 89102 | X | - | | | Deed of Trust<br><br>27,363 sq. ft. industrial 2475 Cheyenne North Las Vegas, NV | | | | | |
| | | | | | Value $            2,200,000.00 | | | | 2,714,213.00 | 514,213.00 |
| Account No. | | | | | 12/21/05 | | | | | |
| German American Capital Corporation c/o Aron M. Oliner Duane Morris LLP One Market Plaza Spear St. Tower #2200 San Francisco, CA 94105 | X | - | | | Deed of Trust<br><br>69,236 sq. ft. industrial 1220 and 1250 Glendale Sparks, NV | | | | | |
| | | | | | Value $            1,732,014.00 | | | | 3,314,710.00 | 1,582,696.00 |
| Account No. | | | | | 12/21/05 | | | | | |
| German American Capital Corporation c/o Aron M. Oliner Duane Morris LLP One Market Plaza Spear St. Tower #2200 San Francisco, CA 94105 | X | - | | | Deed of Trust<br><br>57,679 sq. ft. industrial on 3.35 acres 155 Glendale Ave. Sparks, NV | | | | | |
| | | | | | Value $            1,417,413.00 | | | | 2,479,004.00 | 1,061,591.00 |
| __2__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 12,104,670.00 | 4,977,896.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Whitton Corporation**                                              ,    Case No.    **2:10-bk-32680**
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 12/16/05 | | | | | |
| German American Capital Corporation c/o Aron M. Oliner Duane Morris LLP One Market Plaza St. Spear Tower #2200 San Francisco, CA 94105 | X | - | Deed of Trust  28,710 sq. ft. industrial 2750 W. Brooks Ave. North Las Vegas, NV | | | | | |
| | | | Value $          862,820.00 | | | | 2,017,153.00 | 1,154,333.00 |
| Account No. | | | 01/04/06 | | | | | |
| GSMS 2004-GG2 Sparks Industrial, LLC c/o Philip Wang Duane Morris LLP One Market Plaza, Spear Tower, #2200 San Francisco, CA 94105-1127 | X | - | Deed of Trust  80,515 sq. ft. industrial 1215 and 1275 Kleppe Lane 1455 Deming Way Sparks, NV | | | | | |
| | | | Value $          1,800,000.00 | | | | 2,667,011.00 | 867,011.00 |
| Account No. | | | 01/12/06 | | | | | |
| Hudson Americas, LLC, as servicer for Wells Fargo Bank, N.A. c/o Robert Kinas, Esq., Snell & Wilmer 3800 Howard Hughes Pkwy., Suite 1000 Las Vegas, NV 89169 | | - | Deed of Trust  27,196 sq. ft. industrial on 5.43 acres 2455 W. Cheyenne Las Vegas, Nevada | | | | | |
| | | | Value $          1,930,930.00 | | | | 2,799,294.00 | 868,364.00 |
| Account No. | | | 03/31/05 | | | | | |
| Hudson Americas, LLC, as servicer for Wells Fargo Bank, N.A. c/o Robert Kinas, Esq., Snell & Wilmer 3800 Howard Hughes Pkwy., Suite 1000 Las Vegas, NV 89169 | X | - | Deed of Trust  33,724 sq. ft. industrial on 2.25 acres 5480 S. Valley View Blvd. | | | | | |
| | | | Value $          1,100,000.00 | | | | 2,178,621.00 | 1,078,621.00 |
| Account No. xxxxxxx xx xxx1207 | | | 04/04/06 | | | | | |
| Hudson Americas, LLC, as servicer for Wells Fargo Bank, N.A. c/o Robert Kinas, Esq., Snell & Wilmer 3800 Howard Hughes Pkwy., Suite 1000 Las Vegas, NV 89169 | | - | Deed of Trust  60,360 sq. ft. industrial on 3.47 acres 1000 Stephanie St. Henderson, NV | | | | | |
| | | | Value $          2,064,592.00 | | | | 3,672,574.00 | 1,607,982.00 |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 13,334,653.00 | 5,576,311.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Whitton Corporation**                                              ,    Case No.    **2:10-bk-32680**
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | 04/04/06 | | | | | |
| Hudson Americas, LLC, as servicer for Wells Fargo Bank, N.A. c/o Robert Kinas, Esq., Snell & Wilmer 3800 Howard Hughes Pkwy., Suite 1000 Las Vegas, NV 89169 | - | | Deed of Trust<br><br>14,524 sq. ft. industrial 7625 Dean Martin Las Vegas, NV | | | | | |
| | | | Value $            750,000.00 | | | | 1,977,540.00 | 1,227,540.00 |
| Account No. | | | 02/01/08 | | | | | |
| Hudson Americas, LLC, as servicer for Wells Fargo Bank, N.A. c/o Robert Kinas, Esq., Snell & Wilmer 3800 Howard Hughes Pkwy., Suite 1000 Las Vegas, NV 89169 | X - | | Deed of Trust<br><br>26,426 sq. ft. retail 835 and 855 Seven Hills Drive Henderson, NV | | | | | |
| | | | Value $          2,583,322.00 | | | | 8,000,000.00 | 5,416,678.00 |
| Account No. | | | 03/31/05 | | | | | |
| Hudson Americas, LLC, as servicer for Wells Fargo Bank, N.A. c/o Robert Kinas, Esq., Snell & Wilmer 3800 Howard Hughes Pkwy., Suite 1000 Las Vegas, NV 89169 | X - | | Deed of Trust<br><br>33,724 sq. ft. industrial 5720 and 5770 Russell Rd. Las Vegas, NV | | | | | |
| | | | Value $          1,214,931.00 | | | | 1,815,520.00 | 600,589.00 |
| Account No. | | | 12/03/10 | | | | | |
| UMBRA Partners, LLC 3455 Cliff Shadows Parkway Suite 220 Las Vegas, NV 89129 | - | | Deeds of Trust<br><br>Clark Country, NV Assessor Parcel Numbers 139-17-510-032, 139-17-510-042, and 139-17-510-043 | | | | | |
| | | | Value $            300,000.00 | | | | 300,000.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **2**  of  **2**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 12,093,060.00 | 7,244,807.00 |
| Total (Report on Summary of Schedules) | 37,532,383.00 | 17,799,014.00 |

B6E (Official Form 6E) (4/10)

In re     **Whitton Corporation**                                                              Case No.     **2:10-bk-32680**
                                                                          ,
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re __Whitton Corporation__ ,
                   Debtor

Case No. __2:10-bk-32680__

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Clark County Treasurer**<br>**c/o Bankruptcy Clerk**<br>**500 S. Grand Central Pkwy.**<br>**Box 551220**<br>**Las Vegas, NV 89155-1220** | - | | **2010**<br><br>**Real Property Taxes** | | | X | 52,217.08 | 0.00<br><br>52,217.08 |
| Account No. **xxx5020**<br><br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | - | | **12/31/10**<br><br>**Taxes** | | | | 100.00 | 0.00<br><br>100.00 |
| Account No.<br><br>**State of California**<br>**1500 11th Street**<br>**Sacramento, CA 95814** | - | | **Sales Tax for Purchase of Airplane** | X | X | | 22,962.97 | 22,962.97<br><br>0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal<br>(Total of this page) | 22,962.97<br>75,280.05    52,317.08 |
| | Total<br>(Report on Summary of Schedules) | 22,962.97<br>75,280.05    52,317.08 |

B6F (Official Form 6F) (12/07)

In re    **Whitton Corporation**                                                                    Case No.    **2:10-bk-32680**
                                                              ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | Locksmith services | | | | |
| **ABC Locksmiths** **3981 E. Sunset Rd. #E** **Las Vegas, NV 89120** | | | | | | | | | 26.22 |
| Account No. | | - | | | Lease | | | | |
| **Advantage Leasing Corp.** **Timberline-Ledgerwood** **324 E. Wisconsin Ave.** **Milwaukee, WI 53202** | | | | | | | | | 1,102.62 |
| Account No. | | - | | | Credit Card | | | | |
| **American Express** **P.O. Box 981540** **El Paso, TX 79998-1540** | | | | | | | | | 1,043.39 |
| Account No. | | - | | | Insurance | | | | |
| **ARC Health & Wellness** **1666 Connecticut Avenue, NW** **Suite 700** **Washington, DC 20009-1068** | | | | | | | | | 59.00 |
| __7__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 2,231.23 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    S/N:43151-110113    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Whitton Corporation**                                    ,    Case No.    **2:10-bk-32680**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx xxx xxxx 5287**<br><br>**AT&T**<br>**P.O. Box 989045**<br>**West Sacramento, CA 95798** | | - | | Phone service | | | | 218.23 |
| Account No. **xxxxx4983**<br><br>**AT&T Mobility**<br>**P.O. Box 6463**<br>**Carol Stream, IL 60197** | | - | | Phone service | | | | 1,749.85 |
| Account No.<br><br>**Bank of America**<br>**2798 Green Valley Parkway**<br>**Henderson, NV 89014** | | - | | Fees | | | X | 30.00 |
| Account No.<br><br>**Brokers National Life**<br>**P.O. Box 99339**<br>**Fort Worth, TX 76199-0339** | | - | | Vision and Dental Insurance | | | | 86.00 |
| Account No.<br><br>**Century Link**<br>**P.O. Bos 660068**<br>**Dallas, TX 75266-0068** | | - | | Communications service | | | | 285.99 |

Sheet no. **1** of **7** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,370.07**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Whitton Corporation**                                    ,     Case No.   **2:10-bk-32680**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Chase Card Services** <br> **P.O. Box 94014** <br> **Palatine, IL 60094** | - | | Credit card | | | | 6,747.50 |
| Account No. <br><br> **Chevron & Texaco** <br> **GE Money Bank** <br> **P.O. Box 981430** <br> **El Paso, TX 79998-1430** | - | | Credit Card | | | | 602.67 |
| Account No. <br><br> **City of Boulder City** <br> **401 California Avenue** <br> **Boulder City, NV 89005** | - | | Need Description | | | | 52.16 |
| Account No. **xxx. xxx1958** <br><br> **Cobra Guard, Inc.** <br> **P.O. Box 504265** <br> **Saint Louis, MO 63150** | - | | 12/1/10 <br> Cobra Insurance | | | | 107.85 |
| Account No. **xxxxxxxxxxx1702** <br><br> **Cox Communications** <br> **1700 Vegas Drive** <br> **Las Vegas, NV 89106** | - | | 11/29/10 <br> Communications service | | | | 64.69 |

Sheet no. **2** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **7,574.87**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Whitton Corporation**                                    ,      Case No.    **2:10-bk-32680**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx. x5247**<br><br>**Custom Glass, Inc.**<br>**1095 East 2nd Street**<br>**Reno, NV 89502** | - | | | **9/24/10**<br>**Glass supplies** | | | | 364.47 |
| Account No. **xx1765**<br><br>**De Lage Landen Financial Center**<br>**P.O. Box 41601**<br>**Philadelphia, PA 19101-1601** | - | | | **12/01/10**<br>**Xerox lease** | | | | 2,195.83 |
| Account No. **xxxx-x629-3**<br><br>**Federal Express**<br>**3610 Hacks Cross Road**<br>**Memphis, TN 38125-8800** | - | | | **10/29/10**<br>**Courier Services** | | | | 77.60 |
| Account No. **xxxxx7725**<br><br>**Grainger Industries Supply**<br>**1175 American Pacific Dr.**<br>**Suite E**<br>**Henderson, NV 89074-8768** | - | | | **10/12/10**<br>**Supplies** | | | | 25.02 |
| Account No. **xxx. xx7311**<br><br>**Green Valley Turf**<br>**6145 Annie Oakley Drive**<br>**Las Vegas, NV 89120** | - | | | **11/19/10**<br>**Landscaping service** | | | | 129.67 |

Sheet no. __3__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)         2,792.59

B6F (Official Form 6F) (12/07) - Cont.

In re    **Whitton Corporation**
                                    Debtor                    ,          Case No.    **2:10-bk-32680**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2278**<br><br>**HD Supply**<br>**4825 E. Cheyenne Rd.**<br>**Bldg. A**<br>**Las Vegas, NV 89115** | - | | 10/07/10<br>Supplies | | | | 92.85 |
| Account No. **xxxxxxxxxxxx1919**<br><br>**Home Depot**<br>**GECF**<br>**P.O. Box 9903**<br>**Macon, GA 31297** | - | | 10/12/10; 12/02/10<br>Supplies | | | | 1,383.62 |
| Account No. **xxxxxx-xxx6644**<br><br>**IKON Financial Services**<br>**70 Valley Stream Parkway**<br>**Malvern, PA 19355-0989** | - | | Copy machine lease | | | | 405.22 |
| Account No. **xxx. x2755, xxxxx CO24**<br><br>**Jenkins & Carter**<br>**501 Hammill Lane**<br>**Reno, NV 89511** | - | | 11/30/10<br>Legal services | | | | 11,826.88 |
| Account No. **xxx.xx4076**<br><br>**Life Style Staffing**<br>**4440 Arville St. #3**<br>**Las Vegas, NV 89103** | - | | 10/14/10<br>Staffing services | | | | 1,000.50 |

Sheet no. **4** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **14,709.07**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Whitton Corporation** , Case No.  **2:10-bk-32680**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxv. 881** <br><br> **My Mobile Tech** <br> **5720 S. Valley View Blvd.** <br> **Suite 105** <br> **Las Vegas, NV 89118** | - | | | 12/10 <br> Computer repair service | | | | 693.16 |
| Account No. **xxx. x2147** <br><br> **Pacific Flooring Supply Co.** <br> **1450 Industrial Way** <br> **Sparks, NV 89431** | - | | | 9/21/10 <br> Flooring supplies | | | | 2,536.66 |
| Account No. **xxx. xxxx C024** <br><br> **Phat Grafix Signworks** <br> **6100 Mountain Vista, Suite 120** <br> **Henderson, NV 89014** | - | | | 9/07/10 <br> Graphic and sign services | | | | 183.77 |
| Account No. **xxx9402** <br><br> **Pitney Bowes Global** <br> **Purchase Power** <br> **P.O. Box 371874** <br> **Pittsburgh, PA 15250-7874** | - | | | 12/2010 <br> Postage machine | | | | 247.17 |
| Account No. **xxxxxx C024** <br><br> **Prematic Service Corp.** <br> **P.O. Box 894731** <br> **Los Angeles, CA 90189** | - | | | 9/10/10 <br> Vendor | | | X | 1,424.65 |

| | | |
|---|---|---|
| Sheet no. **5** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 5,085.41 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Whitton Corporation**                                          ,       Case No.   __2:10-bk-32680__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx CO 24** | | | 11/28/10 Security services | | | | |
| **Protection One** P.O. Box 5714 Carol Stream, IL 60197-5714 | - | | | | | | 113.46 |
| Account No. **xxv. 289** | | | 10/09/10 Financial consulting service | | | | |
| **Riparian Mgmt. Solutions, LLC** 2400 Financial Plaza Providence, RI 02903 | - | | | | | | 9,579.75 |
| Account No. | | | Annual Filing Fees | | | | |
| **Secretary of State** 202 North Carson Street Suite 3 Carson City, NV 89701-4201 | - | | | | | | 4,097.02 |
| Account No. | | | 10/27/10; 11/22/10 Rent | | | | |
| **ST Mountain Vista** 1999 Whitney Mesa Suite 120 Henderson, NV 89014 | - | | | | | | 268,354.25 |
| Account No. **xxx. xxxx9215** | | | 11/09/10 Landscaping services | | | | |
| **Star Nursery** 8725 S. Eastern Ave. Las Vegas, NV 89123 | - | | | | | | 797.19 |

Sheet no. __6__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **282,941.67**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Whitton Corporation**                                               ,     Case No.    **2:10-bk-32680**
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx. x0115**<br><br>**Stimulus Technologies**<br>**6100 Mountain Vista**<br>**Suite 100**<br>**Henderson, NV 89014** | - | | 12/01/10<br>Telephones | | | | 404.35 |
| Account No.<br><br>**Susan Frankewich, Esq.**<br>**3210 W. Charleston Blvd., #4**<br>**Las Vegas, NV 89102** | - | | Legal Fees | | | | 21,780.87 |
| Account No. **xxx. xxxxxx6722**<br><br>**United Health Care**<br>**Dept CH 10151**<br>**Palatine, IL 60055-0151** | - | | Group Medical Insurance | | | | 1,140.68 |
| Account No. **xxv. 523**<br><br>**Western Electric**<br>**1275 Kleppe, Suite 3**<br>**Sparks, NV 89431** | - | | 6/24/10<br>Electrical services | | | | 717.41 |
| Account No. **xxx101M**<br><br>**Western Nevada Supply**<br>**950 S. Rock Blvd.**<br>**Sparks, NV 89431** | - | | 8/17/10<br>Supplies | | | | 14.63 |

Sheet no. __7__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 24,057.94 |
| Total (Report on Summary of Schedules) | 341,762.85 |

B6G (Official Form 6G) (12/07)

.

In re     **Whitton Corporation**                                              ,     Case No.     **2:10-bk-32680**
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **7-Eleven Inc.**<br>**ATTN: Corporate Real Estate**<br>**2711 North Haskell Ave.**<br>**Dallas, TX 75204** | **Debtor is landlord under non-residential lease agreement** |
| **A Life Style Service, Inc.**<br>**1220 E., Greg St.**<br>**Ste. 13**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **AA Granite & Marble, LLC**<br>**5480 S. Valley View**<br>**Ste. 130**<br>**Las Vegas, NV 89118** | **Debtor is landlord under non-residential lease agreement** |
| **AAA Anytime, Inc.**<br>**7635 Dean Martin Drive**<br>**Ste. 207**<br>**Las Vegas, NV 89118** | **Debtor is landlord under non-residential lease agreement** |
| **Advantage Leasing Corp.**<br>**Timberline-Ledgerwood**<br>**324 E. Wisconsin Ave., #250**<br>**Milwaukee, WI 53202** | **Debtor is lessee under Timberline software lease** |
| **Airlift Helicopters**<br>**c/o Justin Seyferth**<br>**550 W. Plumb Lane, B#401**<br>**Reno, NV 89509** | **Debtor is landlord under non-residential lease agreement** |
| **Allegiance Heating Cooling & Plumbing**<br>**1275 Kleppe Suite 17**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **American Thunder**<br>**c/o Diane J. Stedtnitz**<br>**874 Juneau St.**<br>**Elko, NV 89801** | **Debtor is landlord under non-residential lease agreement** |
| **Apache Investment Group. LLC**<br>**dba Bounce U**<br>**1000 Stephanie Place**<br>**Ste. 14**<br>**Henderson, NV 89014** | **Debtor is landlord under non-residential lease agreement** |

**15**

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re     **Whitton Corporation**                                    ,          Case No.     **2:10-bk-32680**
                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Apostolic Jesus Name Church Inc.**<br>**1000 Stephanie Pl.**<br>**Ste. 3**<br>**Henderson, NV 89014** | **Debtor is landlord under non-residential lease agreement** |
| **AT&T**<br>**6100 Atlantic Blvd., GAN02**<br>**Norcross, GA 30071** | **Debtor is landlord under non-residential lease agreement** |
| **AT&T Mobility**<br>**P.O. Box 6463**<br>**Carol Stream, IL 60197** | **Debtor is lessee under equipment lease** |
| **ATAC Security LLC**<br>**519 Escalante Drive**<br>**Henderson, NV 89015** | **Debtor is Landlord under non-residential lease agreement** |
| **Atwoodz**<br>**8689 W. Sahara Ave., #260**<br>**Las Vegas, NV 89117** | **Debtor is lessee under equipment lease** |
| **Audio Express**<br>**3950 E. Sunset**<br>**Ste. 101**<br>**Las Vegas, NV 89120** | **Debtor is landlord under non-residential lease agreement** |
| **Basket Case Organics**<br>**1455 Deming Way**<br>**Suite 12 & 23**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Best Buy Shutters dba Discount Shutters**<br>**5720 S. Valley View**<br>**Ste. 201**<br>**Las Vegas, NV 89118** | **Debtor is landlord under non-residential lease agreement** |
| **Blaine Devere**<br>**1250 Greg St.**<br>**Ste., 10**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Bliss Salon**<br>**3950 Susnset Road**<br>**Ste. 118**<br>**Las Vegas, NV 89120** | **Debtor is landlord under non-residential lease agreement** |
| **Brite Age Corp.**<br>**25231 Paseo De Alicia, Suite 215**<br>**Laguna Hills, CA 92653** | **Debtor is landlord under non-residential lease agreement** |
| **Brokers National Life**<br>**P.O. Box 99339**<br>**Fort Worth, TX 76199-0339** | **Debtor is party to vision and dental insurance contract** |

Sheet  __1__  of  __15__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re    **Whitton Corporation**                                          ,    Case No.    **2:10-bk-32680**
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **C & E Investments**<br>**dba Academy of Gymnastics**<br>**1000 Stephanie Place**<br>**Ste. 1**<br>**Henderson, NV 89014** | **Debtor is landlord under non-residential lease agreement** |
| **Camera Clinic/ Horizon Electronic**<br>**1220 Greg St.,**<br>**Ste. 15**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Century Link**<br>**P.O. Bos 660068**<br>**Dallas, TX 75266-0068** | **Debtor is lessee under equipment lease** |
| **Charles Witherall**<br>**1801 Carlin St.**<br>**Reno, NV 89503** | **Debtor is landlord under non-residential lease agreement** |
| **China Traderite USA**<br>**2475 W. Cheyenne**<br>**Ste. 190**<br>**North Las Vegas, NV 89032** | **Debtor is landlord under non-residential lease agreement** |
| **Christian Faith Ministries**<br>**7635 Dean Martin**<br>**Ste. 203**<br>**Las Vegas, NV 89139** | **Debtor is landlord under non-residential lease agreement** |
| **Cindy Lutz**<br>**835 Seven Hills Dr.**<br>**Ste. 110**<br>**Henderson, NV 89052** | **Debtor is landlord under non-residential lease agreement** |
| **Cingular Wireless, LLC**<br>**ATTN: Network Real Estate Administration**<br>**CellSiteLL45001;CellSite I-15 & Russell**<br>**6100 Atlantic Blvd**<br>**Norcross, GA 30071** | **Debtor is landlord under non-residential lease agreement** |
| **Civilworks, LLC**<br>**4945 W. Patrick Lane**<br>**Las Vegas, NV 89118** | **Debtor is landlord under non-residential lease agreement** |
| **Clouded Leopard Custom Pet Furniture**<br>**325 E. Lincoln Way**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Cold-Tech**<br>**2475 W. Cheyenne Ave.**<br>**Ste. 220**<br>**North Las Vegas, NV 89032** | **Debtor is landlord under non-residential lease agreement** |

Sheet    **2**    of    **15**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Whitton Corporation**                                                    ,    Case No.    **2:10-bk-32680**
                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Comp/Med Consulting, Inc.<br>2750 West Brooks Ave.<br>Ste. 107<br>North Las Vegas, NV 89032 | Debtor is landlord under non-residential lease agreement |
| Conus Transportation<br>1250 Greg,<br>Ste. 6<br>Sparks, NV 89431 | Debtor is landlord under non-residential lease agreement |
| Conus Transportation<br>ATTN: Cliff Phillips<br>155 Glendale Ave.<br>Ste. 4, 42 & 43<br>Sparks, NV 89431 | Debtor is landlord under non-residential lease agreement |
| Crockwood Enterprises, LLC<br>5720 S. Valley View Rd.<br>Ste. 103<br>Las Vegas, NV 89118 | Debtor is landlord under non-residential lease agreement |
| CSK Auto<br>P.O. Box 1156<br>Springfield, MO 65801 | Debtor is landlord under non-residential lease agreement |
| D & G Scale, Inc.<br>5016 S. Jordan Canal<br>Salt Lake City, UT 84118 | Debtor is landlord under non-residential lease agreement |
| D & T Custom Audio Accessories<br>2750 W. Brooks Ave.<br>Ste. 113<br>North Las Vegas, NV 89032 | Debtor is landlord under non-residential lease agreement |
| De Lage Landen Financial Center<br>P.O. Box 41601<br>Philadelphia, PA 19101-1601 | Debtor is lessee under equipment lease |
| Diamond Resorts International<br>2455 W. Cheyenne Ave.<br>Ste. 112<br>North Las Vegas, NV 89032 | Debtor is landlord under non-residential lease agreement |
| Disability Resources<br>c/o Dana R. MacDonald<br>50 E. Greg St., Ste. #102<br>Sparks, NV 89431 | Debtor is landlord under non-residential lease agreement |
| DMH Supply LLC<br>5720 S. Valley View<br>Ste. 105<br>Las Vegas, NV 89118 | Debtor is landlord under non-residential lease agreement |

Sheet   **3**   of   **15**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Whitton Corporation**                                    ,    Case No.    **2:10-bk-32680**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Dushon's Hair Salon**<br>**855 Seven Hills Dr.**<br>**Ste. 160**<br>**Henderson, NV 89052** | **Debtor is landlord under non-residential lease agreement** |
| **Express Plumbing**<br>**1120 Greg Street**<br>**Ste. 14 & 22**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **F. Evans Construction Inc.**<br>**155 Glendale Ave.**<br>**Ste. 10**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Falcon Communications**<br>**1275 Kleppe**<br>**Ste. 13 & 14**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Fire Insurance Exchange**<br>**P.O. Box 410058**<br>**Salt Lake City, UT 84141** | **Debtor is party to flood insurance contract** |
| **First Earth Group**<br>**7626 Dean Martin Dr.**<br>**Ste. 105**<br>**Las Vegas, NV 89139** | **Debtor is landlord under non-residential lease agreement** |
| **Four Seasons Cleaners Corp.**<br>**3950 E. Sunset Rd.**<br>**Ste. 123**<br>**Las Vegas, NV 89120** | **Debtor is landlord under non-residential lease agreement** |
| **Frank Napoli**<br>**1000 Stephanie Pl**<br>**Ste. 13**<br>**Henderson, NV 89014** | **Debtor is landlord under non-residential lease agreement** |
| **George D Group, Incl**<br>**dba Angelina's Pizza**<br>**1537 Silver Sunset Dr.**<br>**Henderson, NV 89052** | **Debtor is landlord under non-residential lease agreement** |
| **H2O n Sno**<br>**1250 E. Greg St.**<br>**Ste. 15-18**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **High Desert Pest Control**<br>**1220 E. Greg St.**<br>**Ste. 10**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |

Sheet ___**4**___ of ___**15**___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Whitton Corporation**                                                    ,    Case No.    **2:10-bk-32680**
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **High Standard Security Systems, Inc.**<br>**1215 Kleppe**<br>**Ste. 10 & 13**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Hilti, Inc.**<br>**5400 S. 122nd East Ave.,**<br>**Tulsa, OK 74146** | **Debtor is landlord under non-residential lease agreement** |
| **Hollywood Gems, LLC**<br>**3950 E. Sunset Rd.**<br>**Ste. 109**<br>**Las Vegas, NV 89120** | **Debtor is landlord under non-residential lease agreement** |
| **Hollywood Video**<br>**P.O. Box 33118**<br>**Las Vegas, NV 89133** | **Debtor is landlord under non-residential lease agreement** |
| **Hon Construction**<br>**155 Glendale Ave.**<br>**Ste. 22**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **IDS Tech Group, LLC**<br>**5480 S. Velley View**<br>**Ste. 160**<br>**Las Vegas, NV 89118** | **Debtor is landlord under non-residential lease agreement** |
| **IKON Financial Services**<br>**P.O. Box 650073**<br>**Dallas, TX 75265** | **Debtor is lessee under equipment lease** |
| **Impression Ink**<br>**1455 Kleppe**<br>**Ste. 19, 20, 21, 22**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Infinity I & D**<br>**5480 S. Valley View**<br>**Ste. 110**<br>**Las Vegas, NV 89118** | **Debtor is landlord under non-residential lease agreement** |
| **IUBAC Local 13 NV**<br>**ATTN: Johnnie Allen**<br>**3900 W. Quail Ave**<br>**Las Vegas, NV 89118** | **Debtor is landlord under non-residential lease agreement** |
| **JD & AM Complete Aute Repair**<br>**1000 Stephanie Pl**<br>**Ste. 6**<br>**Henderson, NV 89014** | **Debtor is landlord under non-residential lease agreement** |

Sheet    **5**    of    **15**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re    **Whitton Corporation**                                              ,    Case No.    **2:10-bk-32680**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| JD Foot Massage<br>3950 E. Sunset Rd., Ste. 111<br>Las Vegas, NV 89120 | Debtor is landlord under non-residential lease agreement |
| Jeff Callahan<br>1275 Kleppe<br>Ste. 22<br>Sparks, NV 89431 | Debtor is landlord under non-residential lease agreement |
| Jims Custom Painting<br>P.O. Box 2744<br>Sparks, NV 89432 | Debtor is landlord under non-residential lease agreement |
| Joe's Auto Repair<br>1250 E. Greg St.<br>Ste. 13<br>Sparks, NV 89431 | Debtor is landlord under non-residential lease agreement |
| Joseph Walsh<br>1250 E. Greg St.<br>Ste. 12<br>Sparks, NV 89431 | Debtor is landlord under non-residential lease agreement |
| JT Interiors, LLC<br>dba American Countertops & Floors<br>1000 Stephanie Pl.<br>Ste. 12<br>Henderson, NV 89014 | Debtor is landlord under non-residential lease agreement |
| Jungle Room Studios<br>1455 Deming Way<br>Ste. 30<br>Sparks, NV 89431 | Debtor is landlord under non-residential lease agreement |
| KBS Mega, LLC dba Mega Cleaners<br>9905 Duty Winds Ave<br>Las Vegas, NV 89117 | Debtor is landlord under non-residential lease agreement |
| Kevin Livingston & Brad McFarland<br>1275 Kleppe<br>Ste. 24<br>Sparks, NV 89431 | Debtor is landlord under non-residential lease agreement |
| Knockout Auto Sales<br>2750 W. Brooks Ave.<br>Ste. 108<br>North Las Vegas, NV 89032 | Debtor is landlord under non-residential lease agreement |
| Lamar Outdoor Advertising<br>ATTN Michelle McFadden<br>1863 Helm Dr.<br>Las Vegas, NV 89119 | Debtor is landlord under non-residential lease agreement |

Sheet __6__ of __15__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Whitton Corporation**                                          ,    Case No.    **2:10-bk-32680**
                                        Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Leo's Mexican Restaurant** **155 Glendale Ave.** **Ste. 15, 16, 31 & 32** **Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Leonard Schweitzer** **3272 Susileen Dr** **Reno, NV 89509** | **Debtor is landlord under non-residential lease agreement** |
| **Leonard's Machine Shop** **1250 E. Greg St.** **Ste. 1-5, 32-38** **Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Leybig's Wood Art & Design** **1220 Greg St.** **Ste. 9** **Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Linkus Enterprises, Inc.** **1250 E. Greg St.** **Ste. 19-21** **Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Living Water Christian Fellowship** **155 Glendale** **Ste. 19** **Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Livingston & McFarland** **1275 Kleppe, Suite 24** **Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **M & D Artistic Customizing, LLC** **1215 Kleppe Lane** **Ste. 6 &16** **Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Mano, LLC** **855 Seven Hills Dr.** **Ste. 100** **Henderson, NV 89052** | **Debtor is landlord under non-residential lease agreement** |
| **Medical Laser, LLC** **855 Seven Hills Drive** **Ste. 150** **Henderson, NV 89052** | **Debtor is landlord under non-residential lease agreement** |
| **MetroPCS Nevada, LLC** **ATTN Property Manager** **2250 Lakeside Blvd** **Richardson, TX 75082** | **Debtor is landlord under non-residential lease agreement** |

Sheet    **7**    of    **15**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Whitton Corporation**                                        ,        Case No.   **2:10-bk-32680**

                                     Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Milan Land & Cattle**<br>**497 Hulett Road**<br>**Milan, GA 31060** | **Debtor is landlord under non-residential lease agreement** |
| **Mulberry Thai Silks, Inc.**<br>**7635 Dean Martin Dr.**<br>**Ste. 206**<br>**Las Vegas, NV 89139** | **Debtor is landlord under non-residential lease agreement** |
| **Multichip Display**<br>**c/o Eastbiz Com, Inc.**<br>**5348 Vegas Drive**<br>**Las Vegas, NV 89108** | **Debtor is landlord under non-residential lease agreement** |
| **My Mobile Techs**<br>**5720 S. Valley View Blvd.**<br>**Ste. 105**<br>**Las Vegas, NV 89118** | **Debtor is landlord under non-residential lease agreement** |
| **Myung Kim**<br>**935 Seven Hills Dr.**<br>**Ste. 120**<br>**Henderson, NV 89052** | **Debtor is landlord under non-residential lease agreement** |
| **Nails ETC**<br>**835 Seven Hills Dr.**<br>**Ste. 170**<br>**Henderson, NV 89052** | **Debtor is landlord under non-residential lease agreement** |
| **Nevada Total Auto Care**<br>**1215 Kleppe**<br>**Ste. 4, 5, 17 18**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **New Beginning Christian Center, Inc.**<br>**155 Glendale Ave.**<br>**Ste. 14**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Nextel**<br>**6391 Sprint Parkway**<br>**Mailstop KSOPHT0101-Z2650**<br>**Overland Park, KS 66251-2650** | **Debtor is landlord under non-residential lease agreement** |
| **Nextel of California-Sprint Nextel Reg.**<br>**Property Services; Site ID NV7376**<br>**Mailstop KSOPHT0101-Z2650**<br>**6391 Sprint Pkwy**<br>**Overland Park, KS 66251** | **Sprint/Nextel Reg. Property Services** |

Sheet  **8**  of  **15**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Whitton Corporation**                                      ,    Case No.    **2:10-bk-32680**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Northern Nevada Soccer League**<br>**1275 Kleppe**<br>**Ste. 9 & 10**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **One Kick Gym**<br>**6360 S. Pecos Rd., #10**<br>**Las Vegas, NV 89120** | **Debtor is landlord under non-residential lease agreement** |
| **Oriental Foot Massage**<br>**3950 E. Sunset Rd.**<br>**Ste. 111**<br>**Las Vegas, NV 89120** | **Debtor is landlord under non-residential lease agreement** |
| **Over Head Fire Protection, Inc.**<br>**1215 Kleppe Lane**<br>**Ste. 1**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Performance Parts LLC**<br>**5770A S. Valley View Blvd.**<br>**Las Vegas, NV 89118** | **Debtor is landlord under non-residential lease agreement** |
| **Pinto's Paintworks**<br>**1000 Stephanie Place**<br>**Ste. 12**<br>**Henderson, NV 89014** | **Debtor is landlord under non-residential lease agreement** |
| **Pitney Bowes Global**<br>**Purchase Power**<br>**P.O. Box 371874**<br>**Pittsburgh, PA 15250-7874** | **Debtor is lessee under equipment lease** |
| **Pokers Tattoo LLC**<br>**5720 S. Valley View**<br>**Ste. 200**<br>**Las Vegas, NV 89118** | **Debtor is landlord under non-residential lease agreement** |
| **Pollock Paint Shop**<br>**2750 Brooks, Suite 111**<br>**North Las Vegas, NV 89032** | **Debtor is landlord under non-residential lease agreement** |
| **Prime Installations**<br>**1275 Kleppe Lane**<br>**Ste. 15 & 16**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **PrinTech, LLC**<br>**1275 Kleppe Ln.**<br>**Ste. 1**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |

Sheet   **9**   of   **15**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re    **Whitton Corporation**                                              ,    Case No.    **2:10-bk-32680**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Pro Tailor** **835 Seven Hills Dr., Suite 120** **Henderson, NV 89014** | **Debtor is landlord under non-residential lease agreement** |
| **PRP Motorcycles** **1275 Kleppe, Suite 23** **Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Quality Metal Polishing** **1220 E. Greg St.** **Ste. 12, 23 & 24** **Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Regis Development dba Nevada Handyman** **2920 N. Green Valley Pkwy.** **Henderson, NV 89014** | **Debtor is landlord under non-residential lease agreement** |
| **Remington Entertainment Inc.** **1000 Stephanie Place** **Ste. 4** **Henderson, NV 89014** | **Debtor is landlord under non-residential lease agreement** |
| **Remnant Resurrection Life Center** **ATTN: Andre and Anquinnette Eagles** **2475 W. Cheyenne Ave. Ste. 200** **North Las Vegas, NV 89032** | **Debtor is landlord under non-residential lease agreement** |
| **Rex Lighting & Design** **1220 E. Greg St.** **Ste. 16** **Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **RG Motor Works** **1000 Stephanie Place** **Ste. 5** **Henderson, NV 89014** | **Debtor is landlord under non-residential lease agreement** |
| **Richard Steele Boxing Club Inc.** **2475 W. Cheyenne Ave.** **Ste. 100** **North Las Vegas, NV 89032** | **Debtor is landlord under non-residential lease agreement** |
| **Riley Concrete** **c/o Scott Riley** **740 Aswan St.** **Sparks, NV 89436** | **Debtor is landlord under non-residential lease agreement** |
| **Riparian Mgmt. Solutions, LLC** **2400 Financial Plaza** **Providence, RI 02903** | **Debtor is party to consulting agreement** |

Sheet    **10**    of    **15**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Whitton Corporation**                                              ,    Case No.    **2:10-bk-32680**
                                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| RPR Motorcycles<br>1275 Kleppe Lane<br>Ste. 23<br>Sparks, NV 89431 | Debtor is landlord under non-residential lease agreement |
| RRC Engineers<br>c/o T.G. Montgomery<br>5720 S. Valley View, #200<br>Las Vegas, NV 89118 | Debtor is landlord under non-residential lease agreement |
| RSR Management<br>155 Glendale Avenue, #3<br>Sparks, NV 89431-5751 | Debtor is landlord under non-residential lease agreement |
| Rug Service Center, Inc.<br>1000 N. Stephanie Place<br>Ste. 9<br>Henderson, NV 89014 | Debtor is landlord under non-residential lease agreement |
| Safety On Site<br>155 Glendale Blvd.<br>Ste. 5<br>Sparks, NV 89431 | Debtor is landlord under non-residential lease agreement |
| Saxby's Coffee Inc.<br>923 Peachtree St.<br>Ste. 1139<br>Atlanta, GA 30309 | Debtor is landlord under non-residential lease agreement |
| Scott Held Insurance<br>6 Sunset Way, #101<br>Henderson, NV 89014 | Debtor is party to insurance contract |
| Select Home Care Las Vegas South, LLC<br>7635 Dean Martin Dr.<br>Ste. 204<br>Las Vegas, NV 89139 | Debtor is landlord under non-residential lease agreement |
| Seven Hills Pet<br>835 Seven Hills Dr., Suite 180<br>Henderson, NV 89014 | Debtor is landlord under non-residential lease agreement |
| Shadow Faith Ministries<br>2400 Ozark Plateau Dr.<br>Henderson, NV 89044 | Debtor is landlord under non-residential lease agreement |
| Sierra Audio Visual<br>c/o Nathen B. Barlow<br>80 Coney Island Drive<br>Sparks, NV 89431 | Debtor is landlord under non-residential lease agreement |

Sheet    **11**    of    **15**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Whitton Corporation**
_____,    Case No.    **2:10-bk-32680**    _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Sierra Construction**<br>**1220 Greg St.**<br>**Ste. 8**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Sierra Nevada Cabinets & Closets**<br>**1220 Greg St.**<br>**Ste. 2 & 33**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Sierra Nevada Cabinets & Closets**<br>**1275 Kleppe**<br>**Ste. 21**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Sierra Wheel Repair**<br>**1455 Deming Way**<br>**Ste. 24**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Simon Reyes**<br>**5720 s. Valley View Blvd.**<br>**Ste. 120**<br>**Henderson, NV 89014** | **Debtor is landlord under non-residential lease agreement** |
| **Singular Solutions Telecommunications LL**<br>**5770 S. Valley View Blvd.**<br>**Las Vegas, NV 89118** | **Debtor is landlord under non-residential lease agreement** |
| **SOK, LLC**<br>**ATTN: Susan O'Kelley**<br>**7626 Dean Martin**<br>**Ste. 108**<br>**Las Vegas, NV 89139** | **Debtor is landlord under non-residential lease agreement** |
| **Soupek Brothers dba Sunset Refrigeration**<br>**2750 W. Brooks Ave.**<br>**Ste. 110**<br>**North Las Vegas, NV 89032** | **Debtor is landlord under non-residential lease agreement** |
| **South Tech Construction Corporation**<br>**1275 Kleppe Lane**<br>**Ste. 3 & 4**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **South Tech Real Estate Services, LLC**<br>**1999 Whitney Mesa Dr.**<br>**Ste. 120**<br>**Henderson, NV 89014** | **Debtor is landlord under non-residential lease agreement** |

Sheet    **12**    of    **15**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re    **Whitton Corporation**                                          ,    Case No.    **2:10-bk-32680**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **SS Veterinary Services, Inc dba Seven Hills Pet Hospital 835 Seven Hills Dr. Ste. 180 Henderson, NV 89052** | **Debtor is landlord under non-residential lease agreement** |
| **Stanley Convergent Security Dept. Ch. 10651 Palatine, IL 60055** | **Debtor is party to security services contract** |
| **Stimulus Technologies 6100 Mountain Vista Suite 100 Henderson, NV 89014** | **Debtor is lessee under equipment lease** |
| **Strictly Diversified Incorporating You, Inc. 2950 E. Flamingo Rd., #E-5 Las Vegas, NV 89121** | **Debtor is landlord under non-residential lease agreement** |
| **Sugar Inc. dba Gifts for Music Lovers 2961 Industrial Rd. Ste. 150 Las Vegas, NV 89109** | **Debtor is landlord under non-residential lease agreement** |
| **Sunrise Refrigeration c/o Soukup Bros. Mechanical, Inc. 3040 Simmons St., #103 North Las Vegas, NV 89030** | **Debtor is landlord under non-residential lease agreement** |
| **Systems of Nevada, Inc. 1220 Greg St. Ste. 3, 4, 31 & 32 Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **TCCS Limited 1455 Deming Ste. 1 Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **TEBHA, Inc. dba A-1 Vacuum & Sewing 3950 Sunset Suite 116 Las Vegas, NV 89120** | **Debtor is landlord under non-residential lease agreement** |
| **The Automation Studio 7635 Dean Martin Ste. 208 Las Vegas, NV 89139** | **Debtor is landlord under non-residential lease agreement** |

Sheet    **13**    of    **15**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Whitton Corporation**                                                    ,    Case No.    **2:10-bk-32680**
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **The Flag Store** **155 Glendale Ave** **Ste. 9** **Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **The Monkey Gym, Inc.** **1999 Whitney Mesa Dr.** **Ste. 130** **Henderson, NV 89014** | **Debtor is landlord under non-residential lease agreement** |
| **Thermal Relief Design** **2750 W. Brooks Ave.** **Ste. 106** **North Las Vegas, NV 89032** | **Debtor is landlord under non-residential lease agreement** |
| **Triton Ink, Inc.** **2475 W. Cheyenne** **Ste. 140** **North Las Vegas, NV 89032** | **Debtor is landlord under non-residential lease agreement** |
| **Troy Pollock** **2750 W. Brooks Ave.** **Ste. 111** **North Las Vegas, NV 89032** | **Debtor is landlord under non-residential lease agreement** |
| **Troy Pollock** **2750 W. Brooks Ave.** **Ste. 104** **North Las Vegas, NV 89032** | **Debtor is landlord under non-residential lease agreement** |
| **U.S. Department of Veterans** **2455 Cheyenne, Suite 101** **North Las Vegas, NV 89031** | **Debtor is landlord under non-residential lease agreement** |
| **United Health Care** **Dept CH 10151** **Palatine, IL 60055-0151** | **Debtor is party to group medical insurance contract** |
| **Unity Family Services, Inc.** **2455 W. Cheyenne** **Ste. 100** **North Las Vegas, NV 89032** | **Debtor is landlord under non-residential lease agreement** |
| **Unlimited Automotive & Off Road** **1455 Deming** **Ste. 33** **Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Untiy Family Services, Inc.** **2455 W. Cheyenne Blvd.** **Ste. 100** **North Las Vegas, NV 89032** | **Debtor is landlord under non-residential lease agreement** |

Sheet    **14**    of    **15**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Whitton Corporation**                              ,    Case No.   **2:10-bk-32680**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Welder's Helper**<br>**c/o H. Dean Whitlock**<br>**1455 Deming Way, Suite 1**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Western Electric Group, LLC**<br>**1275 Kleppe**<br>**Ste. 3 & 4**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Western Union Financial Services Inc.**<br>**155 Glendale Ave.**<br>**Ste. 18**<br>**Sparks, NV 89431** | **Debtor is landlord under non-residential lease agreement** |
| **Whittrio Incorporated**<br>**dba Stimulus Technology**<br>**6100 Mountain Vista Ave.**<br>**Ste. 100**<br>**Henderson, NV 89014** | **Debtor is landlord under non-residential lease agreement** |

Sheet   **15**   of   **15**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re **Whitton Corporation**                                                                       Case No. **2:10-bk-32680**
                                                         ,
                                         Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tom E. Hallett**<br>**1999 Whitney Mesa, Suite 120**<br>**Henderson, NV 89014**<br>   **Guarantor** | **Bank of Las Vegas**<br>**c/o Nile Leatham, Esq.**<br>**Kolesar & Leatham, Chtd.**<br>**3320 W. Sahara Ave., Suite 380**<br>**Las Vegas, NV 89102** |
| **Tom E. Hallett**<br>**1999 Whitney Mesa, Suite 120**<br>**Henderson, NV 89014**<br>   **Guarantor** | **German American Capital Corporation**<br>**c/o Aron M. Oliner**<br>**Duane Morris LLP**<br>**One Market Plaza Spear St. Tower #2200**<br>**San Francisco, CA 94105** |
| **Tom E. Hallett**<br>**1999 Whitney Mesa, Suite 120**<br>**Henderson, NV 89014**<br>   **Guarantor** | **GSMS 2004-GG2 Sparks Industrial, LLC**<br>**c/o Philip Wang**<br>**Duane Morris LLP**<br>**One Market Plaza, Spear Tower, #2200**<br>**San Francisco, CA 94105-1127** |
| **Tom E. Hallett**<br>**1999 Whitney Mesa, Suite 120**<br>**Henderson, NV 89014**<br>   **Guarantor** | **Hudson Americas, LLC, as servicer**<br>**for Wells Fargo Bank, N.A.**<br>**c/o Robert Kinas, Esq., Snell & Wilmer**<br>**3800 Howard Hughes Pkwy., Suite 1000**<br>**Las Vegas, NV 89169** |
| **Tom E. Hallett**<br>**1999 Whitney Mesa, Suite 120**<br>**Henderson, NV 89014**<br>   **Guarantor** | **German American Capital Corporation**<br>**c/o Aron M. Oliner**<br>**Duane Morris LLP**<br>**One Market Plaza St. Spear Tower #2200**<br>**San Francisco, CA 94105** |
| **Tom E. Hallett**<br>**1999 Whitney Mesa, Suite 120**<br>**Henderson, NV 89014**<br>   **Guarantor** | **Hudson Americas, LLC, as servicer**<br>**for Wells Fargo Bank, N.A.**<br>**c/o Robert Kinas, Esq., Snell & Wilmer**<br>**3800 Howard Hughes Pkwy., Suite 1000**<br>**Las Vegas, NV 89169** |
| **Tom E. Hallett**<br>**1999 Whitney Mesa, Suite 120**<br>**Henderson, NV 89014**<br>   **Guarantor** | **Hudson Americas, LLC, as servicer**<br>**for Wells Fargo Bank, N.A.**<br>**c/o Robert Kinas, Esq., Snell & Wilmer**<br>**3800 Howard Hughes Pkwy., Suite 1000**<br>**Las Vegas, NV 89169** |
| **Tom E. Hallett**<br>**1999 Whitney Mesa, Suite 120**<br>**Henderson, NV 89014**<br>   **Guarantor** | **German American Capital Corporation**<br>**c/o Aron M. Oliner**<br>**Duane Morris LLP**<br>**One Market Plaza Spear St. Tower #2200**<br>**San Francisco, CA 94105** |

1

____ continuation sheets attached to Schedule of Codebtors

In re    **Whitton Corporation**                                                    Case No.    **2:10-bk-32680**
_____,
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tom E. Hallett Sep. Property Trust**<br>**1999 Whitney Mesa, Suite 120**<br>**Henderson, NV 89014**<br>    **Guarantor** | **Bank of Las Vegas**<br>**c/o Nile Leatham, Esq.**<br>**Kolesar & Leatham, Chtd.**<br>**3320 W. Sahara Ave., Suite 380**<br>**Las Vegas, NV 89102** |
| **Tonya Hallett**<br>**1999 Whitney Mesa, Suite 120**<br>**Henderson, NV 89014**<br>    **Guarantor** | **Bank of Las Vegas**<br>**c/o Nile Leatham, Esq.**<br>**Kolesar & Leatham, Chtd.**<br>**3320 W. Sahara Ave., Suite 380**<br>**Las Vegas, NV 89102** |
| **Tonya Hallett**<br>**1999 Whitney Mesa, Suite 120**<br>**Henderson, NV 89014**<br>    **Guarantor** | **German American Capital Corporation**<br>**c/o Aron M. Oliner**<br>**Duane Morris LLP**<br>**One Market Plaza Spear St. Tower #2200**<br>**San Francisco, CA 94105** |
| **Tonya Hallett**<br>**1999 Whitney Mesa, Suite 120**<br>**Henderson, NV 89014**<br>    **Guarantor** | **GSMS 2004-GG2 Sparks Industrial, LLC**<br>**c/o Philip Wang**<br>**Duane Morris LLP**<br>**One Market Plaza, Spear Tower, #2200**<br>**San Francisco, CA 94105-1127** |
| **Tonya Hallett**<br>**1999 Whitney Mesa, Suite 120**<br>**Henderson, NV 89014**<br>    **Guarantor** | **German American Capital Corporation**<br>**c/o Aron M. Oliner**<br>**Duane Morris LLP**<br>**One Market Plaza St. Spear Tower #2200**<br>**San Francisco, CA 94105** |
| **Tonya Hallett**<br>**1999 Whitney Mesa, Suite 120**<br>**Henderson, NV 89014**<br>    **Guarantor** | **German American Capital Corporation**<br>**c/o Aron M. Oliner**<br>**Duane Morris LLP**<br>**One Market Plaza Spear St. Tower #2200**<br>**San Francisco, CA 94105** |

Sheet    **1**    of    **1**    continuation sheets attached to the Schedule of Codebtors

1/20/11 4:52PM

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **Whitton Corporation**

                            Debtor(s)

Case No.   **2:10-bk-32680**

Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **46**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 20, 2011**

Signature    **/s/ Tom E. Hallett**

                     **Tom E. Hallett**

                     **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Nevada

In re  __Whitton Corporation__                                    Case No.   __2:10-bk-32680__
                                          Debtor(s)       Chapter    __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$252,297.00** | **South Tech Construction Corp. 2008** |
| **$-78,710.00** | **Desert Pacific Properties, LLC 2008** |
| **$-123,258.00** | **South Tech Development & Management, LLC 2008** |
| **$1,090,123.00** | **South Tech Real Estate Services 2008** |
| **$-2,751.00** | **TEH Investments, LLC 2008** |
| **$-9,511.00** | **Whitton Corporation 2008** |
| **$-175,442.00** | **South Tech Construction Corp. 2009** |
| **$-34,019.00** | **Desert Pacific Properties 2009** |
| **$-37,157.00** | **South Tech Development & Management, LLC 2009** |

| AMOUNT | SOURCE |
|---|---|
| **$-2,342,205.00** | **Whitton Corporation, 2010** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

---

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Jenkins & Carter**<br>**501 Hammill Lane**<br>**Reno, NV 89511** | **09/07/10 ($5,000.00)**<br>**10/05/10 ($3,000)** | **$8,000.00** | **$11,826.88** |
| **Susan Frankewich, Esq.**<br>**3210 W. Charleston Blvd., #4**<br>**Las Vegas, NV 89102** | **11/08/10 ($10,000.00)**<br>**10/28/10 ($8,000.00)** | **$18,000.00** | **$21,780.87** |

None
☐

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Tom Hallett**<br>**1999 Whitney Mesa, Suite 120**<br>**Henderson, NV 89014**<br>    **President** | **9/16/10 ($10,000)**<br>**9/16/10 ($10,000)**<br>**10/19/10 ($6,000)**<br>**10/29/10 ($5,000)**<br>**9/3/10 ($2,000)**<br>**10/5/10 ($10,000)**<br>**11/8/10 ($2,000)**<br>**3/2/10 ($300.00)** | **$47,300.00** | **$0.00** |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **LSREF2 v. South Tech-Diablo, LLC, South Tech-Russell, LLC, South Tech-Partners, LLC, South Tech-Rio, LLC and South Tech-Polaris, LLC**<br>**Case No. A-10-611352-C** | **Receivership Action** | **Eighth Judicial District Court, Clark County, NV** | **In Receivership** |
| **Case No. A-10-610666-C**<br>**Midland Loan Services, Inc., in its capacity as Special Servicer for Bank of America National Association, successor-by-merger to LaSalle Bank National Assn, as TTEE for the registered holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2006-CIBC14, Commercial Mortgage Pass-Through Certificates, Series 2006-CIBC14 v. South Tech Simmons 3040C, LLC** | **Receivership Action** | **Eighth Judicial District Court, Clark County, NV** | **In Receivership** |
| **A-10-629158-B**<br>**Bank of America, N.A. v. South Tech-Polaris, LLC, Tom E. Hallett Case No.** | **Receivership Action** | **Eighth Judicial District Court, Clark County, NV** | |
| **Case No. CV10-02501**<br>**GACC v. South Tech Greg, LLC, Tom E. Hallett, Tonya Hallett** | **Receivership Action** | **Second Judicial District Court, Washoe County, NV** | **In Receivership** |
| **Case No. A-10-623500-C**<br>**GACC v. South Tech Brooks 2750K, LLC, Tom E. Hallett, Tonya Hallett.** | **Receivership Action** | **Eighth Judicial District Court, Clark County, NV** | **In Receivership** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 5. Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bank of America**<br>**FL9-300-04-06**<br>**9000 Southside Blvd.**<br>**Jacksonville, FL 32256** | **Aug. 2010** | **Beech Baron 1981 Airplane Vin #TK141, $184,208.25  Repossessed** |

4

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☐   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Eric Johnson**<br>**Cushman & Wakefield Resolution Group**<br>**c/o John Benedict, Esq.**<br>**2190 E. Pebble Road, Suite 260**<br>**Las Vegas, NV 89123** | **Eighth Judicial District Court, Clark County, NV**<br><br>**LSREF2 v. South Tech-Diablo, LLC, South Tech-Russell, LLC, South Tech-Partners, LLC, South Tech-Rio, LLC and South Tech-Polaris, LLC, Case No. A-10-611352-C** | 04/05/2010 | **5480 S. Valley View Blvd., Las Vegas, NV**<br>**2455 W. Cheyenne, Las Vegas, NV**<br>**835 & 855 Seven Hills Dr., Henderson, NV**<br>**5720 & 5770 Russell Rd., Las Vegas, NV**<br>**7625 Dean Martin, Las Vegas, NV**<br>**1000 Stephanie St., Henderson, NV** |
| **Robert T. McNamara**<br>**8966 Spanish Ridge Ave.**<br>**Suite 100**<br>**Las Vegas, NV 89148** | **Eighth Judicial District Court, Clark County, NV**<br>**GACC v. South Tech Brooks 2750K, LLC, Tom E. Hallett, Tonya Hallett, Case No. A-10-623500-C** | 09/22/10 | **2750 W. Brooks Ave.**<br>**North Las Vegas, NV** |
| **Terrence S. Daly**<br>**222 Kearny Street**<br>**Suite 600**<br>**San Francisco, CA 94108** | **Case No. CV10-02499**<br>**GACC v. South Tech Glendale 155, LLC, Tom E. Hallett, Tonya Hallett**<br>**Second Judicial District Court, Washoe County, NV** | | **155 Glendale Ave. Sparks, NV**<br><br>**1220 & 1250 Glendale Sparks, NV** |
| **Terrence S. Daly**<br>**222 Kearny Street**<br>**Suite 600**<br>**San Francisco, CA 94108** | **Case No. CV10-02501**<br>**GACC v. South Tech Greg, LLC, Tom E. Hallett, Tonya Hallett**<br>**Second Judicial District Court, Washoe County, NV** | | **1220 and 1250 Glendale Sparks, NV** |

**7. Gifts**

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

5

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Province Real Estate Advisors 5915 Edmond Street, Suite 102 Las Vegas, NV 89118** | **10/15/10 - South Tech Lake Mead W9420, LLC** | **two properties, valued at $166,085.00 net of accrued taxes and special improvement district taxes (as payment for Debtor's prepetition services). $151,068.11 was deemed earned and applied to prepetition fees and expenses incurred by Province.** |
| **Province Real Estate Advisors 5915 Edmond Street, Suite 102 Las Vegas, NV 89118** | **12/04/10, Whitton Corporation** | **$100,000 retainer, funded from the proceeds of a promissory note made by Debtor to Umbra Partners.** |
| **Fox Rothschild LLP 3800 Howard Hughes Parkway Suite 500 Las Vegas, NV 89169** | **12/04/10** | **$75,000.00 retainer made by Tom Hallett for the benefit of Debtor for analysis of potential bankruptcy filing and negotiation with Debtors' lenders.** |
| **Fox Rothschild LLP 3800 Howard Hughes Parkway Suite 500 Las Vegas, NV 89169** | **12/04/10** | **$150,000 disbursement from proceeds of a loan from Umbra Partners, LLC to Debtor.** |

### 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **UMBRA Partners, LLC 3455 Cliff Shadows Parkway Suite 220 Las Vegas, NV 89129** | **12/04/10** | **APN Nos 139-17-510-032, 139-17-510-042, 139-17-510-043; $300,000.00** |

6

None
■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16.  Spouses and Former Spouses

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

8

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **William G. Sigeske**<br>**William G. Sigeske Accountancy Corp.**<br>**14795 Jeffrey Road, Suite 209**<br>**Irvine, CA 92618** | **2008-Present** |

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |
| **William G. Sigeske** | **William G. Sigeske Accountancy Corp.**<br>**14795 Jeffrey Road, Suite 209**<br>**Irvine, CA 92618** | **2008-Present** |

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
| --- | --- | --- |

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

### 21 . Current Partners, Officers, Directors and Shareholders

None
☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |
| **Tom Hallett**<br>**1999 Whitney Mesa, Suite 120**<br>**Henderson, NV 89014** | **Sole Director** | **100%** |

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Tonya Hallett**<br>**1999 Whitney Mesa, Suite 120**<br>**Henderson, NV 89014** | **Director** | **December 2, 2010** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Tom E. Hallett**<br>**1999 Whitney Mesa, Suite 120**<br>**Henderson, NV 89014**<br>   **President** | **9/16/10 ($10,000) - Distribution/Draw**<br>**9/16/10 ($10,000) - Distribution/Draw**<br>**10/19/10 ($6,000) - Distribution/Draw**<br>**10/29/10 ($5,000) - Distribution/Draw**<br>**9/3/10 ($2,000) - Distribution/Draw**<br>**10/5/10 ($10,000) - Distribution/Draw**<br>**11/8/10 ($2,000) - Distribution/Draw**<br>**3/2/10 ($300.00) - Distribution/Draw** | **$47,300.00** |

---

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

10

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **January 20, 2011**                          Signature  **/s/ Tom E. Hallett**

                                                                              **Tom E. Hallett**
                                                                              **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re    **Whitton Corporation**
_____,
                                    Debtor

Case No.    **2:10-bk-32680**

Chapter    **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 20, 2011**

Signature    **/s/ Tom E. Hallett**
            **Tom E. Hallett**
            **President**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

| | | | |
|---|---|---|---|
| In re | **Whitton Corporation** | Case No. | **2:10-bk-32680** |
| | Debtor(s) | Chapter | **11** |

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 20, 2011**

**/s/ Tom E. Hallett**
**Tom E. Hallett/President**
Signer/Title

Whitton Corporation
1999 Whitney Mesa, Suite 120
Henderson, NV 89014

Brett A. Axelrod
Fox Rothschild LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169

7-Eleven Inc.
ATTN: Corporate Real Estate
2711 North Haskell Ave.
Dallas, TX 75204

A Life Style Service, Inc.
1220 E., Greg St.
Ste. 13
Sparks, NV 89431

AA Granite & Marble, LLC
5480 S. Valley View
Ste. 130
Las Vegas, NV 89118

AAA Anytime, Inc.
7635 Dean Martin Drive
Ste. 207
Las Vegas, NV 89118

ABC Locksmiths
3981 E. Sunset Rd. #E
Las Vegas, NV 89120

Advantage Leasing Corp.
Timberline-Ledgerwood
324 E. Wisconsin Ave., #250
Milwaukee, WI 53202

Airlift Helicopters
c/o Justin Seyferth
550 W. Plumb Lane, B#401
Reno, NV 89509

Allegiance Heating Cooling & Plumbing
1275 Kleppe Suite 17
Sparks, NV 89431

American Express
P.O. Box 981540
El Paso, TX 79998-1540

American Thunder
c/o Diane J. Stednitz
874 Juneau St.
Elko, NV 89801

Apache Investment Group. LLC
dba Bounce U
1000 Stephanie Place
Ste. 14
Henderson, NV 89014

Apostolic Jesus Name Church Inc.
1000 Stephanie Pl.
Ste. 3
Henderson, NV 89014

ARC Health & Wellness
1666 Connecticut Avenue, NW
Suite 700
Washington, DC 20009-1068

AT&T
Acct No xxx xxx xxxx 5287
P.O. Box 989045
West Sacramento, CA 95798

AT&T
6100 Atlantic Blvd., GAN02
Norcross, GA 30071

AT&T Mobility
Acct No xxxxx4983
P.O. Box 6463
Carol Stream, IL 60197

ATAC Security LLC
519 Escalante Drive
Henderson, NV 89015

Atwoodz
8689 W. Sahara Ave., #260
Las Vegas, NV 89117

Audio Express
3950 E. Sunset
Ste. 101
Las Vegas, NV 89120

Bank of America
c/o Rodney M. Jean, Esq.
Lionel Sawyer & Collins
300 South Fourth Street, #1700
Las Vegas, NV 89101

Bank of America
2798 Green Valley Parkway
Henderson, NV 89014

Bank of Las Vegas
c/o Nile Leatham, Esq.
Kolesar & Leatham, Chtd.
3320 W. Sahara Ave., Suite 380
Las Vegas, NV 89102

Bank of Las Vegas
Attn:  Steven B. Borgna
1700 W. Horizon Ridge Pkwy, Ste. 101
Henderson, NV 89012

Bank of Las Vegas
Attn: Pete Atkinson
1700 W. Horizon Ridge Pkwy. Ste 101
Henderson, NV 89012

Basket Case Organics
1455 Deming Way
Suite 12 & 23
Sparks, NV 89431

Best Buy Shutters dba Discount Shutters
5720 S. Valley View
Ste. 201
Las Vegas, NV 89118

Blaine Devere
1250 Greg St.
Ste., 10
Sparks, NV 89431

Bliss Salon
3950 Susnset Road
Ste. 118
Las Vegas, NV 89120

Brite Age Corp.
25231 Paseo De Alicia, Suite 215
Laguna Hills, CA 92653

Brokers National Life
P.O. Box 99339
Fort Worth, TX 76199-0339

C & E Investments
dba Academy of Gymnastics
1000 Stephanie Place
Ste. 1
Henderson, NV 89014

Camera Clinic/ Horizon Electronic
1220 Greg St.,
Ste. 15
Sparks, NV 89431

Capitol Bancorp Limited
Acct No 332410
Attn: John T. Haarala, Corporate Counsel
Capitol Bancorp Center
200 Washington Square North
Lansing, MI 48933

Century Link
P.O. Bos 660068
Dallas, TX 75266-0068

Charles Witherall
1801 Carlin St.
Reno, NV 89503

Chase Card Services
P.O. Box 94014
Palatine, IL 60094

Chevron & Texaco
GE Money Bank
P.O. Box 981430
El Paso, TX 79998-1430

China Traderite USA
2475 W. Cheyenne
Ste. 190
North Las Vegas, NV 89032

Christian Faith Ministries
7635 Dean Martin
Ste. 203
Las Vegas, NV 89139

Cindy Lutz
835 Seven Hills Dr.
Ste. 110
Henderson, NV 89052

Cingular Wireless, LLC
ATTN: Network Real Estate Administration
CellSiteLL45001;CellSite I-15 & Russell
6100 Atlantic Blvd
Norcross, GA 30071

City of Boulder City
401 California Avenue
Boulder City, NV 89005

Civilworks, LLC
4945 W. Patrick Lane
Las Vegas, NV 89118

```
Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
Box 551220
Las Vegas, NV 89155-1220

Clouded Leopard Custom Pet Furniture
325 E. Lincoln Way
Sparks, NV 89431

Cobra Guard, Inc.
Acct No xxx. xxx1958
P.O. Box 504265
Saint Louis, MO 63150

Cold-Tech
2475 W. Cheyenne Ave.
Ste. 220
North Las Vegas, NV 89032

Comp/Med Consulting, Inc.
2750 West Brooks Ave.
Ste. 107
North Las Vegas, NV 89032

Conus Transportation
1250 Greg,
Ste. 6
Sparks, NV 89431

Conus Transportation
ATTN: Cliff Phillips
155 Glendale Ave.
Ste. 4, 42 & 43
Sparks, NV 89431

Cox Communications
Acct No xxxxxxxxxxxx1702
1700 Vegas Drive
Las Vegas, NV 89106

Crockwood Enterprises, LLC
5720 S. Valley View Rd.
Ste. 103
Las Vegas, NV 89118

CSK Auto
P.O. Box 1156
Springfield, MO 65801
```

Custom Glass, Inc.
Acct No xxx. x5247
1095 East 2nd Street
Reno, NV 89502

D & G Scale, Inc.
5016 S. Jordan Canal
Salt Lake City, UT 84118

D & T Custom Audio Accessories
2750 W. Brooks Ave.
Ste. 113
North Las Vegas, NV 89032

De Lage Landen Financial Center
Acct No xx1765
P.O. Box 41601
Philadelphia, PA 19101-1601

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Diamond Resorts International
2455 W. Cheyenne Ave.
Ste. 112
North Las Vegas, NV 89032

Disability Resources
c/o Dana R. MacDonald
50 E. Greg St., Ste. #102
Sparks, NV 89431

DMH Supply LLC
5720 S. Valley View
Ste. 105
Las Vegas, NV 89118

Duane Morris LLP
Attn: Meagen E. Leary/Lucas Gjovig
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127

Duane Morris LLP
Attn: Lucas Gjovig
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127

Duane Morris LLP
Attn: Philip Wang
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127

Dushon's Hair Salon
855 Seven Hills Dr.
Ste. 160
Henderson, NV 89052

Eric Johnson
Cushman & Wakefield Resolution Group
c/o John Benedict, Esq.
2190 E. Pebble Road, Suite 260
Las Vegas, NV 89123

Express Plumbing
1120 Greg Street
Ste. 14 & 22
Sparks, NV 89431

F. Evans Construction Inc.
155 Glendale Ave.
Ste. 10
Sparks, NV 89431

Falcon Communications
1275 Kleppe
Ste. 13 & 14
Sparks, NV 89431

Federal Express
Acct No xxxx-x629-3
3610 Hacks Cross Road
Memphis, TN 38125-8800

Fire Insurance Exchange
P.O. Box 410058
Salt Lake City, UT 84141

First Earth Group
7626 Dean Martin Dr.
Ste. 105
Las Vegas, NV 89139

Four Seasons Cleaners Corp.
3950 E. Sunset Rd.
Ste. 123
Las Vegas, NV 89120

Frank Napoli
1000 Stephanie Pl
Ste. 13
Henderson, NV 89014

Garry Hayes
Hayes & Welsh
199 N. Arroyo Grande Blvd.
Suite 200
Henderson, NV 89074

George D Group, Incl
dba Angelina's Pizza
1537 Silver Sunset Dr.
Henderson, NV 89052

German American Capital Corporation
c/o Aron M. Oliner
Duane Morris LLP
One Market Plaza Spear St. Tower #2200
San Francisco, CA 94105

German American Capital Corporation
60 Wall Street
New York, NY 10005

German American Capital Corporation
c/o Kearny Capital Partners, Receiver
Attn: Terrence S. Daly
222 Kearny Street, Suite 600
San Francisco, CA 94108

Grainger Industries Supply
Acct No xxxxx7725
1175 American Pacific Dr.
Suite E
Henderson, NV 89074-8768

Green Valley Turf
Acct No xxx. xx7311
6145 Annie Oakley Drive
Las Vegas, NV 89120

GSMS 2004-GG2 Sparks Industrial, LLC
c/o Philip Wang
Duane Morris LLP
One Market Plaza, Spear Tower, #2200
San Francisco, CA 94105-1127

H2O n Sno
1250 E. Greg St.
Ste. 15-18
Sparks, NV 89431

HD Supply
Acct No xxx2278
4825 E. Cheyenne Rd.
Bldg. A
Las Vegas, NV 89115

Helios AMC, LLC
Acct No 100000421, 100000417, 10000409
Attn: Ravi Alimchandani
2 Embareadero Center, Suite 1360
San Francisco, CA 94111

High Desert Pest Control
1220 E. Greg St.
Ste. 10
Sparks, NV 89431

High Standard Security Systems, Inc.
1215 Kleppe
Ste. 10 & 13
Sparks, NV 89431

Hilti, Inc.
5400 S. 122nd East Ave.,
Tulsa, OK 74146

Hollywood Gems, LLC
3950 E. Sunset Rd.
Ste. 109
Las Vegas, NV 89120

Hollywood Video
P.O. Box 33118
Las Vegas, NV 89133

Home Depot
Acct No xxxxxxxxxxxx1919
GECF
P.O. Box 9903
Macon, GA 31297

Hon Construction
155 Glendale Ave.
Ste. 22
Sparks, NV 89431

Hudson Americas, LLC, as servicer
for Wells Fargo Bank, N.A.
c/o Robert Kinas, Esq., Snell & Wilmer
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169

IDS Tech Group, LLC
5480 S. Velley View
Ste. 160
Las Vegas, NV 89118

IKON Financial Services
Acct No xxxxxxx-xxx6644
70 Valley Stream Parkway
Malvern, PA 19355-0989

```
IKON Financial Services
P.O. Box 650073
Dallas, TX 75265

Impression Ink
1455 Kleppe
Ste. 19, 20, 21, 22
Sparks, NV 89431

Infinity I & D
5480 S. Valley View
Ste. 110
Las Vegas, NV 89118

Internal Revenue Service
Acct No xxx5020
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

IUBAC Local 13 NV
ATTN: Johnnie Allen
3900 W. Quail Ave
Las Vegas, NV 89118

Jason R. Maier, Esq.
Greenberg Traurig, LLP
3773 Howard Hughes Pkwy., Suite 400
Las Vegas, NV 89169

JD & AM Complete Aute Repair
1000 Stephanie Pl
Ste. 6
Henderson, NV 89014

JD Foot Massage
3950 E. Sunset Rd., Ste. 111
Las Vegas, NV 89120

Jeff Callahan
1275 Kleppe
Ste. 22
Sparks, NV 89431

Jenkins & Carter
Acct No xxx. x2755, xxxxx CO24
501 Hammill Lane
Reno, NV 89511
```

Jims Custom Painting
P.O. Box 2744
Sparks, NV 89432

Joe's Auto Repair
1250 E. Greg St.
Ste. 13
Sparks, NV 89431

John Benedict
Benedict Law Offices
2190 E. Pebble Road, Suite 260
Las Vegas, NV 89123

Joseph Walsh
1250 E. Greg St.
Ste. 12
Sparks, NV 89431

JT Interiors, LLC
dba American Countertops & Floors
1000 Stephanie Pl.
Ste. 12
Henderson, NV 89014

Jungle Room Studios
1455 Deming Way
Ste. 30
Sparks, NV 89431

KBS Mega, LLC dba Mega Cleaners
9905 Duty Winds Ave
Las Vegas, NV 89117

Kevin Livingston & Brad McFarland
1275 Kleppe
Ste. 24
Sparks, NV 89431

Knockout Auto Sales
2750 W. Brooks Ave.
Ste. 108
North Las Vegas, NV 89032

Lamar Outdoor Advertising
ATTN Michelle McFadden
1863 Helm Dr.
Las Vegas, NV 89119

Leo's Mexican Restaurant
155 Glendale Ave.
Ste. 15, 16, 31 & 32
Sparks, NV 89431

Leonard Schweitzer
3272 Susileen Dr
Reno, NV 89509

Leonard's Machine Shop
1250 E. Greg St.
Ste. 1-5, 32-38
Sparks, NV 89431

Leybig's Wood Art & Design
1220 Greg St.
Ste. 9
Sparks, NV 89431

Life Style Staffing
Acct No xxx.xx4076
4440 Arville St. #3
Las Vegas, NV 89103

Linkus Enterprises, Inc.
1250 E. Greg St.
Ste. 19-21
Sparks, NV 89431

Living Water Christian Fellowship
155 Glendale
Ste. 19
Sparks, NV 89431

Livingston & McFarland
1275 Kleppe, Suite 24
Sparks, NV 89431

LNR Partners, Inc.
Attn: Nicola Hudson
1601 Washington Ave., SUite 700
Miami Beach, FL 33139

M & D Artistic Customizing, LLC
1215 Kleppe Lane
Ste. 6 &16
Sparks, NV 89431

Mano, LLC
855 Seven Hills Dr.
Ste. 100
Henderson, NV 89052

Medical Laser, LLC
855 Seven Hills Drive
Ste. 150
Henderson, NV 89052

MetroPCS Nevada, LLC
ATTN Property Manager
2250 Lakeside Blvd
Richardson, TX 75082

Michael Stein, Esq.
Snell & Wilmer, L.L.P.
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169

Milan Land & Cattle
497 Hulett Road
Milan, GA 31060

Mulberry Thai Silks, Inc.
7635 Dean Martin Dr.
Ste. 206
Las Vegas, NV 89139

Multichip Display
c/o Eastbiz Com, Inc.
5348 Vegas Drive
Las Vegas, NV 89108

My Mobile Tech
Acct No xxv. 881
5720 S. Valley View Blvd.
Suite 105
Las Vegas, NV 89118

My Mobile Techs
5720 S. Valley View Blvd.
Ste. 105
Las Vegas, NV 89118

Myung Kim
935 Seven Hills Dr.
Ste. 120
Henderson, NV 89052

Nails ETC
835 Seven Hills Dr.
Ste. 170
Henderson, NV 89052

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nevada Total Auto Care
1215 Kleppe
Ste. 4, 5, 17 18
Sparks, NV 89431

New Beginning Christian Center, Inc.
155 Glendale Ave.
Ste. 14
Sparks, NV 89431

Nextel
6391 Sprint Parkway
Mailstop KSOPHT0101-Z2650
Overland Park, KS 66251-2650

Nextel of California-Sprint Nextel Reg.
Property Services; Site ID NV7376
Mailstop KSOPHT0101-Z2650
6391 Sprint Pkwy
Overland Park, KS 66251

Northern Nevada Soccer League
1275 Kleppe
Ste. 9 & 10
Sparks, NV 89431

One Kick Gym
6360 S. Pecos Rd., #10
Las Vegas, NV 89120

Oriental Foot Massage
3950 E. Sunset Rd.
Ste. 111
Las Vegas, NV 89120

Over Head Fire Protection, Inc.
1215 Kleppe Lane
Ste. 1
Sparks, NV 89431

Pacific Flooring Supply Co.
Acct No xxx. x2147
1450 Industrial Way
Sparks, NV 89431

Performance Parts LLC
5770A S. Valley View Blvd.
Las Vegas, NV 89118

Pete Atkinson
Bank of Las Vegas
1700 W. Horizon Ridge Pkwy.
Suite 101
Henderson, NV 89012

Phat Grafix Signworks
Acct No xxx. xxxx C024
6100 Mountain Vista, Suite 120
Henderson, NV 89014

```
Pinto's Paintworks
1000 Stephanie Place
Ste. 12
Henderson, NV 89014

Pitney Bowes Global
Acct No xxx9402
Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

Pokers Tattoo LLC
5720 S. Valley View
Ste. 200
Las Vegas, NV 89118

Pollock Paint Shop
2750 Brooks, Suite 111
North Las Vegas, NV 89032

Prematic Service Corp.
Acct No xxxxxxx C024
P.O. Box 894731
Los Angeles, CA 90189

Prime Installations
1275 Kleppe Lane
Ste. 15 & 16
Sparks, NV 89431

PrinTech, LLC
1275 Kleppe Ln.
Ste. 1
Sparks, NV 89431

Pro Tailor
835 Seven Hills Dr., Suite 120
Henderson, NV 89014

Protection One
Acct No xxxxxxxx CO 24
P.O. Box 5714
Carol Stream, IL 60197-5714

PRP Motorcycles
1275 Kleppe, Suite 23
Sparks, NV 89431

Quality Metal Polishing
1220 E. Greg St.
Ste. 12, 23 & 24
Sparks, NV 89431
```

Regis Development dba Nevada Handyman
2920 N. Green Valley Pkwy.
Henderson, NV 89014

Remington Entertainment Inc.
1000 Stephanie Place
Ste. 4
Henderson, NV 89014

Remnant Resurrection Life Center
ATTN: Andre and Anquinnette Eagles
2475 W. Cheyenne Ave. Ste. 200
North Las Vegas, NV 89032

Rex Lighting & Design
1220 E. Greg St.
Ste. 16
Sparks, NV 89431

RG Motor Works
1000 Stephanie Place
Ste. 5
Henderson, NV 89014

Richard Steele Boxing Club Inc.
2475 W. Cheyenne Ave.
Ste. 100
North Las Vegas, NV 89032

Riley Concrete
c/o Scott Riley
740 Aswan St.
Sparks, NV 89436

Riparian Mgmt. Solutions, LLC
Acct No xxv. 289
2400 Financial Plaza
Providence, RI 02903

Robert T. McNamara
8966 Spanish Ridge Ave.
Suite 100
Las Vegas, NV 89148

RPR Motorcycles
1275 Kleppe Lane
Ste. 23
Sparks, NV 89431

RRC Engineers
c/o T.G. Montgomery
5720 S. Valley View, #200
Las Vegas, NV 89118

RSR Management
155 Glendale Avenue, #3
Sparks, NV 89431-5751

Rug Service Center, Inc.
1000 N. Stephanie Place
Ste. 9
Henderson, NV 89014

Safety On Site
155 Glendale Blvd.
Ste. 5
Sparks, NV 89431

Saxby's Coffee Inc.
923 Peachtree St.
Ste. 1139
Atlanta, GA 30309

Scott Held Insurance
6 Sunset Way, #101
Henderson, NV 89014

Secretary of State
202 North Carson Street
Suite 3
Carson City, NV 89701-4201

Select Home Care Las Vegas South, LLC
7635 Dean Martin Dr.
Ste. 204
Las Vegas, NV 89139

Seven Hills Pet
835 Seven Hills Dr., Suite 180
Henderson, NV 89014

Shadow Faith Ministries
2400 Ozark Plateau Dr.
Henderson, NV 89044

Sierra Audio Visual
c/o Nathen B. Barlow
80 Coney Island Drive
Sparks, NV 89431

Sierra Construction
1220 Greg St.
Ste. 8
Sparks, NV 89431

Sierra Nevada Cabinets & Closets
1220 Greg St.
Ste. 2 & 33
Sparks, NV 89431

Sierra Nevada Cabinets & Closets
1275 Kleppe
Ste. 21
Sparks, NV 89431

Sierra Wheel Repair
1455 Deming Way
Ste. 24
Sparks, NV 89431

Simon Reyes
5720 s. Valley View Blvd.
Ste. 120
Henderson, NV 89014

Singular Solutions Telecommunications LL
5770 S. Valley View Blvd.
Las Vegas, NV 89118

SOK, LLC
ATTN: Susan O'Kelley
7626 Dean Martin
Ste. 108
Las Vegas, NV 89139

Soupek Brothers dba Sunset Refrigeration
2750 W. Brooks Ave.
Ste. 110
North Las Vegas, NV 89032

South Tech Construction Corporation
1275 Kleppe Lane
Ste. 3 & 4
Sparks, NV 89431

South Tech Real Estate Services, LLC
1999 Whitney Mesa Dr.
Ste. 120
Henderson, NV 89014

SS Veterinary Services, Inc
dba Seven Hills Pet Hospital
835 Seven Hills Dr.
Ste. 180
Henderson, NV 89052

ST Mountain Vista
1999 Whitney Mesa
Suite 120
Henderson, NV 89014

Stanley Convergent Security
Dept. Ch. 10651
Palatine, IL 60055

Star Nursery
Acct No xxx. xxxx9215
8725 S. Eastern Ave.
Las Vegas, NV 89123

State of California
1500 11th Street
Sacramento, CA 95814

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Stimulus Technologies
Acct No xxx. x0115
6100 Mountain Vista
Suite 100
Henderson, NV 89014

Strictly Diversified
Incorporating You, Inc.
2950 E. Flamingo Rd., #E-5
Las Vegas, NV 89121

Sugar Inc. dba Gifts for Music Lovers
2961 Industrial Rd.
Ste. 150
Las Vegas, NV 89109

Sunrise Refrigeration
c/o Soukup Bros. Mechanical, Inc.
3040 Simmons St., #103
North Las Vegas, NV 89030

Susan Frankewich, Esq.
3210 W. Charleston Blvd., #4
Las Vegas, NV 89102

Systems of Nevada, Inc.
1220 Greg St.
Ste. 3, 4, 31 & 32
Sparks, NV 89431

TCCS Limited
1455 Deming
Ste. 1
Sparks, NV 89431

TEBHA, Inc. dba A-1 Vacuum & Sewing
3950 Sunset
Suite 116
Las Vegas, NV 89120

Terrence S. Daly, Receiver
Kearny Capital Partners
222 Kearny Street, Suite 600
San Francisco, CA 94108

The Automation Studio
7635 Dean Martin
Ste. 208
Las Vegas, NV 89139

The Flag Store
155 Glendale Ave
Ste. 9
Sparks, NV 89431

The Monkey Gym, Inc.
1999 Whitney Mesa Dr.
Ste. 130
Henderson, NV 89014

Thermal Relief Design
2750 W. Brooks Ave.
Ste. 106
North Las Vegas, NV 89032

Todd Baldi, Vice President
Bank of America
222 North LaSalle St., 17th Fl.
Chicago, IL 60601

Tom E. Hallett
1999 Whitney Mesa, Suite 120
Henderson, NV 89014

Tom E. Hallett Sep. Property Trust
1999 Whitney Mesa, Suite 120
Henderson, NV 89014

Tonya Hallett
1999 Whitney Mesa, Suite 120
Henderson, NV 89014

Triton Ink, Inc.
2475 W. Cheyenne
Ste. 140
North Las Vegas, NV 89032

Troy Pollock
2750 W. Brooks Ave.
Ste. 111
North Las Vegas, NV 89032

Troy Pollock
2750 W. Brooks Ave.
Ste. 104
North Las Vegas, NV 89032

U.S. Bank National Association
800 Nicollet Mall, Ste. 200
Minneapolis, MN 55402

U.S. Department of Veterans
2455 Cheyenne, Suite 101
North Las Vegas, NV 89031

UMBRA Partners, LLC
3455 Cliff Shadows Parkway
Suite 220
Las Vegas, NV 89129

United Health Care
Acct No xxx. xxxxxx6722
Dept CH 10151
Palatine, IL 60055-0151

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Unity Family Services, Inc.
2455 W. Cheyenne
Ste. 100
North Las Vegas, NV 89032

Unlimited Automotive & Off Road
1455 Deming
Ste. 33
Sparks, NV 89431

Untiy Family Services, Inc.
2455 W. Cheyenne Blvd.
Ste. 100
North Las Vegas, NV 89032

Voit Commercial Brokerage, L.P.
dba Voit Real Estate Services
10100 W. Charleston Blvd., Suite 200
Las Vegas, NV 89135

Welder's Helper
c/o H. Dean Whitlock
1455 Deming Way, Suite 1
Sparks, NV 89431

```
Western Electric
Acct No xxv. 523
1275 Kleppe, Suite 3
Sparks, NV 89431

Western Electric Group, LLC
1275 Kleppe
Ste. 3 & 4
Sparks, NV 89431

Western Nevada Supply
Acct No xxx101M
950 S. Rock Blvd.
Sparks, NV 89431

Western Union Financial Services Inc.
155 Glendale Ave.
Ste. 18
Sparks, NV 89431

Whittrio Incorporated
 dba Stimulus Technology
6100 Mountain Vista Ave.
Ste. 100
Henderson, NV 89014
```

# United States Bankruptcy Court
## District of Nevada

In re   __Whitton Corporation__

Debtor(s)

Case No.   __2:10-bk-32680__
Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Whitton Corporation__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__January 20, 2011__

Date

**/s/ Brett A. Axelrod**

**Brett A. Axelrod 5859**

Signature of Attorney or Litigant

Counsel for   **Whitton Corporation**

**Fox Rothschild LLP**

**3800 Howard Hughes Parkway, Suite 500**
**Las Vegas, NV 89169**
**(702) 262-6899 Fax:(702) 597-5503**