BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
MICAELA RUSTIA, ESQ.
Nevada Bar No. 9676
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       aloraditch@foxrothschild.com
       mrustia@foxrothschild.com
*Counsel for Debtors*

Electronically Filed March 1, 2011

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>WHITTON CORPORATION, a Nevada corporation<br><br>☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects South Tech Simmons 3040C, LLC | Case Nos. BK-S-10-32857-BAM and BK-S-10-32680-BAM<br><br>Jointly Administered Under<br>Case No. BK-S-10-32680-BAM<br><br>Chapter 11<br><br>**DECLARATION OF DAVID CROCKETT IN SUPPORT OF DEBTORS MOTION FOR INTERIM AND FINAL ORDER PURSUANT TO 11 U.S.C. §§ 105, 364, FED R. BANKR. P. RULE 4001(C) AND L.R. 4001(B) AND (C): (I) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION FINANCING; (II) GRANTING RELATED RELIEF, AND (III) SCHEDULING FINAL HEARING**<br><br>**OST REQUEST PENDING**<br>Hearing Date:   March 15, 2011<br>Hearing Time:   3:00 p.m. |

I, DAVID CROCKETT, being duly sworn, hereby depose and declare under penalty of perjury

1.   I am over the age of 18, am mentally competent, and if called upon to testify as to the statements made herein, could and would do so. I submit this Declaration in Support of Debtors Motion

for Order (I) Authorizing Debtors To Obtain Postpetition Financing; (II) Granting Related Relief; and (III) Scheduling Final Hearing (the "Postpetition Financing Motion"). [1]

2. I am a Principal of Silver Phoenix, LLC ("Silver" and with Ruby Capital Investments, LLC, the "Lenders"). Except as otherwise limited herein, I make the following statements based upon my personal knowledge, belief, and where applicable, upon the business records of Debtors as presented to me by Province Real Estate Advisors, LLC ("Province") in the above-captioned bankruptcy cases.

3. I am familiar with the proposed DIP Credit Agreement by and between the Lenders and Debtors.

4. There are a number of loan requirements that we have in order to be willing to provide financing for Debtors' postpetition operations and plan funding, as set forth in the DIP Credit Agreement.

5. Among others, is the requirement of a strict timetable for the approval and entry of the Interim DIP Order, the Final DIP Order and the Confirmation Order. And, as a condition to continued funding prior to the Confirmation Order, the 506(a) Order must be entered. These deadlines and conditions, including the requirement that the DIP Interim Order be entered by the Bankruptcy Court on or before March 15, 2011 is so that Ruby and Silver will not have to keep the money earmarked for the Postpetition Financing sitting stagnant for an indefinite and potentially long period of time. In order to commence the work that needs to be done to move these cases towards the confirmation of a plan, funding has to be available to provide for administrative expenses, including the professional fees of all professionals who will be required to render substantial services on an expedited basis to move the cases forward. We do not want our money tied up (i) only to find out later that it was not approved, or, (ii) even if ultimately approved at a later date, unnecessary and possibly prejudicial delay because without funding necessary actions can not go forward. If the terms of the DIP Credit Agreement cannot be approved soon, the Lenders will invest it in other lending opportunities.

---

[1] Capitalized terms used, but not defined herein, shall have the meanings ascribed to such terms in the Postpetition Financing Motion.

1  6. In addition, the Lenders believe that this strict timetable will ensure the successful emergence of Debtors from bankruptcy through a confirmed plan of reorganization.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true to the best of my knowledge, information and belief.

Executed this 1st day of March, 2011, in Las Vegas, Nevada

                              /s/David Crockett
                              DAVID CROCKETT

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)